

# FAX TRANSMITTAL

**FROM: Jose A. Castillo Jr.**
Direct Phone: +1 212 549 0262
EMail: jcastillo@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY,  10022
Fax: + 1 212 521 5450
reedsmith.com

2021-08-15 20:14:54 EDT

**Fax to:**

| Name | Company | Fax Number |
|---|---|---|
| Mason Miller, Manager | Power Investments LLC | 18599571889 |

**Subject: Attn: Mr. Mason Miller, Manager**

**Notes:**

**Dear Mr. Miller,**

**Please see attached sent on behalf of Cardinals Preferred, LLC.**

**If you have any questions or concerns, please reach out to Joseph Tuso at jtuso@reedsmith.com.**

**Regards,**

**Jose Castillo**

If you do not receive all of the pages, please call.

**PLEASE NOTE:** The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it.  If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above.  Thank you.

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

EXHIBIT 3

Case: 4:21-cv-01022-SEP   Doc. #: 1-3   Filed: 08/16/21   Page: 2 of 3 PageID #: 76

To: +18599571889      Page: 2 of 3      2021-08-15 20:15:09 EDT      +1 212 521 5450      From: Jose A. Castillo Jr.

**Cardinals Preferred, LLC**
405 Lexington Avenue, 59th Fl.
New York, NY 101743
212.256.8970 tel
212.256.8978 fax

August 15, 2021

***VIA Telecopy/Facsimile, Overnight Courier and Personal Delivery***

Power Investments, LLC
Attn: Samuel S. Francis (Registered Agent)
774 Mays Blvd, Suite 10, PMB 484
Incline Village, NV  89451

Power Investments, LLC
Attn: Mason Miller, Manager
300 East Main Street, Suite 360
Lexington, KY 40507
Facsimile: 859.957.1889

Power Investments, LLC
Attn: Mason Miller, Manager
1120 Bridlewood Lane
Lexington, KY 40515
Facsimile: 859.957.1889

Power Investments, LLC
Attn: Mason Miller, Manager
8821 Manchester Road, 1st Floor
Brentwood, MO 63144

Re:   **Notice of Non-Acceptance of Exercise of Call Option.**

Mr. Miller:

We are in receipt of your purported notice (the "**Purported Option Notice**") to exercise the call option contemplated by Section 10.5(b) of the Amended and Restated Limited Liability Company Agreement, dated August 9, 2017 (the "**Operating Agreement**"), of Ashley Energy LLC, a Missouri limited liability company (the "**Company**"). Capitalized terms not otherwise defined herein have the meaning given to them in the Operating Agreement.

Cardinals Preferred, LLC (the "**Preferred Holder**"), hereby provides notice that the Preferred Holder was not provided sufficient information to determine whether the proposed price of the Preferred Units set forth in the Purported Option Notice was validly calculated in accordance with the requirements of the Operating Agreement, as set forth in Section 10.5(a)(i). As such, the transactions contemplated by the Purported Option Notice cannot be "consummated" (within the meaning of Section 10.5(a)(ii) of the Operating Agreement) until such information has been provided to the Preferred Holder and the Preferred Holder has determined that the requirements of Section 10.5(a)(i) have been satisfied.

Case: 4:21-cv-01022-SEP   Doc. #: 1-3   Filed: 08/16/21   Page: 3 of 3 PageID #: 77

To: +18599571889   Page: 3 of 3   2021-08-15 20:15:09 EDT   +1 212 521 5450   From: Jose A. Castillo Jr.

Further, pursuant to a notice delivered in accordance with the requirements of Section 4.1(a) of the Operating Agreement to the Company, the Preferred Holder has elected to convert all of the Preferred Units held by the Preferred Holder into Class A Common Units (the "**Conversion Notice**"). As such, following the date of delivery of the Conversion Notice (the same as the date of this notice to you), there are no longer any outstanding Units that are subject to the provisions of Section 10.5(b) of the Operating Agreement. Consequently, the transactions contemplated by the Purported Option Notice are moot as of the date hereof.

CARDINALS PREFERRED, LLC

By: _____
Name: Lawrence Cutler
Title: Chief Operating Officer

cc:   Mason Miller, 8821 Manchester Road, 1st Floor, Brentwood, MO 63144

Ashley Energy LLC, One Ashley Place, St. Louis, MO 63102

Reed Smith LLP