Case: 4:21-cv-01022-SEP   Doc. #:  1-4   Filed: 08/16/21   Page: 1 of 3 PageID #: 78

To: +18599571889     Page: 1 of 3     2021-08-15 20:13:13 EDT     +1 212 521 5450     From: Jose A. Castillo Jr.



# FAX TRANSMITTAL

Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY, 10022
Fax: + 1 212 521 5450
reedsmith.com

**FROM: Jose A. Castillo Jr.**
Direct Phone: +1 212 549 0262
EMail: jcastillo@reedsmith.com

2021-08-15 20:12:56 EDT

**Fax to:**

| Name | Company | Fax Number |
|---|---|---|
| Mason Miller, Manager | Power Investments, LLC | 18599571889 |

**Subject: Attn: Mr. Mason Miller, Manager**

**Notes:**

**Dear Mason Miller,**

**Please see attached sent on behalf of Cardinals Preferred, LLC.**

**If you have any questions or concerns, please reach out to Joseph Tuso at jtuso@reedsmith.com.**

**Regards,**

**Jose Castillo**

If you do not receive all of the pages, please call.

**PLEASE NOTE:** The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above. Thank you.

EXHIBIT 4

Case: 4:21-cv-01022-SEP   Doc. #: 1-4   Filed: 08/16/21   Page: 2 of 3 PageID #: 79

To: +18599571889     Page: 2 of 3     2021-08-15 20:13:13 EDT     +1 212 521 5450     From: Jose A. Castillo Jr.

**Cardinals Preferred, LLC**
405 Lexington Avenue, 59th Fl.
New York, NY 101743
212.256.8970 tel
212.256.8978 fax

August 15, 2021

*Via Telecopy/Facsimile, Overnight Courier and Personal Delivery*

Ashley Energy LLC
One Ashley Place
St. Louis, MO 63102

**Re:** **Notice of Conversion Pursuant to Section 4.1 of the Amended and Restated Limited Liability Company Agreement, dated August 9, 2017 (the "Operating Agreement") of Ashley Energy LLC, a Missouri limited liability company (the "Company").**

Board of Managers:

Capitalized terms not otherwise defined herein have the meaning given to them in the Operating Agreement.

Cardinals Preferred, LLC (the "**Preferred Holder**"), hereby submits notice to the Company, in accordance with the requirements of Section 4.1 of the Operating Agreement (this "**Notice**"), that the Preferred Holder elects to exercise its conversion rights as set forth in Article IV of the Operating Agreement to convert all of the Preferred Holder's Preferred Units (999,222 Preferred Units) of the Company into Class A Units of the Company (the "**Preferred Conversion**").

Pursuant to Section 4.2(a) of the Operating Agreement, the Preferred Conversion, upon delivery of this Notice, shall be automatic without further action required by the Preferred Holder or the consent of any other party.

The Preferred Holder notes that Power Investments, LLC (the "**Class A Holder**") has purported to deliver a notice of the exercise of its rights under Section 10.5(b) of the Operating Agreement to effect a Call with respect to the Preferred Units held by the Preferred Holder (the "**Purported Call Notice**"). The Purported Call Notice does not contain sufficient information for the Preferred Holder to make a reasonable determination as to the accuracy of the proposed calculations contained therein. As a result, the purported Call cannot be "consummated," as that term is contemplated within Section 10.5(a)(ii) of the Operating Agreement, and the Preferred Holder specifically directs the LLC that it does not consent to any alteration of the books and records of the Company that would reflect such a Call. Upon the occurrence of the Conversion Time, no Preferred Units will be outstanding. As such, the Purported Call Notice is moot as of the Conversion Time.

**CARDINALS PREFERRED, LLC**

By: _____
Name: Lawrence Cutler
Title: Chief Operating Officer

08/15/2021 5:17 PM

Case: 4:21-cv-01022-SEP   Doc. #: 1-4   Filed: 08/16/21   Page: 3 of 3 PageID #: 80

To: +18599571889                Page: 3 of 3                2021-08-15 20:13:13 EDT                +1 212 521 5450                From: Jose A. Castillo Jr.

cc:

Mason Miller, Manager

Victor DuPont, Manager

Power Investments LLC, 774 Mays Blvd, Suite 10, PMB 484, Incline Village, NV 89451

Power Investments, LLC, Attn: Mason Miller, Manager, 300 East Main Street, Suite 360, Lexington, KY 40507, Facsimile: 859.957.1889

Power Investments, LLC, Attn: Mason Miller, Manager, 1120 Bridlewood Lane, Lexington, KY 40515, Facsimile: 859.957.1889

Reed Smith LLP