**Daniel O'Brien**

---

**From:** Mason Miller
**Sent:** Thursday, August 12, 2021 11:18 AM
**To:** 'Jeffrey B Ferris'; Andrew Feng; Antoinette Walker; Elvin Anchipolovsky
**Cc:** John Felletter, CFA; David Disque; Victor Dupont
**Subject:** RE: Weekly Ashley biz discussion
**Attachments:** 2021_08_09 Notice of Exercise of Call Option.pdf

Email would be too easy, we didn't put that as a notice option in the OA.  Here it is, I'm calling you now.

**Mason L. Miller**
President/CEO



1 Ashley Street
St. Louis, Missouri 63102
Tel. 314.621.3550

---

**From:** Jeffrey B Ferris <jferris@arenaco.com>
**Sent:** Thursday, August 12, 2021 11:50 AM
**To:** Mason Miller <mason.miller@ashleyenergy.com>; Andrew Feng <afeng@quaestorstrategic.com>; Antoinette Walker <awalker@quaestoradvisors.com>; Elvin Anchipolovsky <eanchipolovsky@quaestoradvisors.com>
**Cc:** John Felletter, CFA <jfelletter@arenaco.com>; David Disque <ddisque@arenaco.com>; Victor Dupont <vdupont@arenaco.com>
**Subject:** RE: Weekly Ashley biz discussion

Please send – I have not seen –who was notice sent to?  By email?

---

**From:** Mason Miller <mason.miller@ashleyenergy.com>
**Sent:** Thursday, August 12, 2021 11:46 AM
**To:** Jeffrey B Ferris <jferris@arenaco.com>; Andrew Feng <afeng@quaestorstrategic.com>; Antoinette Walker <awalker@quaestoradvisors.com>; Elvin Anchipolovsky <eanchipolovsky@quaestoradvisors.com>
**Cc:** John Felletter, CFA <jfelletter@arenaco.com>; David Disque <ddisque@arenaco.com>; Victor Dupont <vdupont@arenaco.com>
**Subject:** RE: Weekly Ashley biz discussion

Yes, it was attached to the notice delivered Monday, did you get a copy of it?  If not, I can send once off my call.  Re: timetable, I agree Power Investments could take up to 6 months from the August 9 date to deliver funds, but it seems simpler and better for all to go ahead and pay in full now. Thoughts? MLM

---

**From:** Jeffrey B Ferris <jferris@arenaco.com>
**Sent:** Thursday, August 12, 2021 11:16 AM
**To:** Andrew Feng <afeng@quaestorstrategic.com>; Mason Miller <mason.miller@ashleyenergy.com>; Antoinette Walker <awalker@quaestoradvisors.com>; Elvin Anchipolovsky <eanchipolovsky@quaestoradvisors.com>
**Cc:** John Felletter, CFA <jfelletter@arenaco.com>; David Disque <ddisque@arenaco.com>; Victor Dupont <vdupont@arenaco.com>
**Subject:** RE: Weekly Ashley biz discussion

EXHIBIT 5

Price mechanics below as same for Call as for Put –

Mason, I take it you have done a calculation and have a proposal on what the Call price is that we can review?

### 10.5    Put/Call Option.

(a)    Put Option:

(i)    At any time on or following August 9, 2021, the Preferred U the right to cause the LLC to redeem a portion or all of the Preferred Units pursuant (the "Put"). The price for Preferred Units sold to the LLC in accordance with this Se equal to the greater of (x) the sum of (1) the Preferred Unitholder's Unreturned Preferred Unitholder's Unpaid Return, in each case as of the date of such redempti the Preferred Units calculated in accordance with the following formula:

$$E * 11 - D - WC - O$$

E = trailing twelve month EBITDA, as determined by LLC from the month ending prior to redemption;

D = all secured debt outstanding at the time of redemption;

WC = adjusted working capital, as determined by the LLC's

O = other material, on-balance sheet LLC obligations, mea ending prior to redemption

(ii)    The Put shall be consummated within six (6) months after t that the Preferred Unitholder has exercised the Put (such date of consummation, the " Put Closing does not take place in accordance with Section 10.5(a) or to the extent tl as of the Put Closing legally redeem the Preferred Units, such redemption will ta legally permitted.



**From:** Jeffrey B Ferris
**Sent:** Thursday, August 12, 2021 11:11 AM
**To:** Andrew Feng <afeng@quaestorstrategic.com>; 'Mason Miller' <mason.miller@ashleyenergy.com>; Antoinette Walker <awalker@quaestoradvisors.com>; Elvin Anchipolovsky <eanchipolovsky@quaestoradvisors.com>
**Cc:** John Felletter, CFA <jfelletter@arenaco.com>; David Disque <ddisque@arenaco.com>; Victor Dupont <vdupont@arenaco.com>
**Subject:** RE: Weekly Ashley biz discussion

I found the relevant provision in the LLC agreement and the timetable referred to seems to be consummation within 6 months

> (b) **Call Option.** At any time on or following August 9, 2021, a [...] Common Units shall have the right to purchase a portion or all of the Preferred U[...] Section 10.5(b) (the "Call"). The Call shall be consummated within the same time pe[...] price described in Section 10.5(a) above.

**From:** Jeffrey B Ferris
**Sent:** Thursday, August 12, 2021 11:04 AM
**To:** Andrew Feng <afeng@quaestorstrategic.com>; Mason Miller <mason.miller@ashleyenergy.com>; Antoinette Walker <awalker@quaestoradvisors.com>; Elvin Anchipolovsky <eanchipolovsky@quaestoradvisors.com>
**Cc:** John Felletter, CFA <jfelletter@arenaco.com>; David Disque <ddisque@arenaco.com>; Victor Dupont <vdupont@arenaco.com>
**Subject:** RE: Weekly Ashley biz discussion

Mason, this is first I am hearing of this and let's please keep to the call this afternoon at 3:30pm EST to discuss.  For the moment, adding in John Felletter, David Disque and Victor Dupont as an FYI and in case they want to join the call (are they aware?) – I will forward invite.  Thx, Jeff

**From:** Andrew Feng <afeng@quaestorstrategic.com>
**Sent:** Thursday, August 12, 2021 10:46 AM
**To:** Mason Miller <mason.miller@ashleyenergy.com>; Antoinette Walker <awalker@quaestoradvisors.com>; Jeffrey B Ferris <jferris@arenaco.com>; Elvin Anchipolovsky <eanchipolovsky@quaestoradvisors.com>
**Subject:** Re: Weekly Ashley biz discussion

Jeff?

Get Outlook for iOS

**From:** Mason Miller <mason.miller@ashleyenergy.com>
**Sent:** Thursday, August 12, 2021 4:44:39 PM
**To:** Andrew Feng <afeng@quaestorstrategic.com>; Antoinette Walker <awalker@quaestoradvisors.com>; Jeffrey B Ferris <jferris@arenaco.com>; Elvin Anchipolovsky <eanchipolovsky@quaestoradvisors.com>
**Subject:** RE: Weekly Ashley biz discussion

I don't think we need to cover any substantive planning topics given that Power Investments exercised its call option on and effective as of August 9 (Monday this week) and purchased all of the Cardinals Preferred units, but perhaps we can convene to discuss logistics to close out open items? I haven't heard back from Lawrence Cutler's group with wire instructions, we'll need to make sure any pledges/UCC filings out there are released, etc.  Do you think we need to add anyone else to the call to cover logistics or can this group handle?

Thanks,

**Mason L. Miller**
President/CEO



3

1 Ashley Street
St. Louis, Missouri 63102
Tel. 314.621.3550

---

**From:** Andrew Feng <afeng@quaestorstrategic.com>
**Sent:** Thursday, August 12, 2021 10:33 AM
**To:** Antoinette Walker <awalker@quaestoradvisors.com>; Jeffrey B Ferris <jferris@arenaco.com>; Elvin Anchipolovsky <eanchipolovsky@quaestoradvisors.com>
**Cc:** Mason Miller <mason.miller@ashleyenergy.com>
**Subject:** Re: Weekly Ashley biz discussion

I am in France which will get late… shall we just catch up next tue as a team unless anything urgent? Aero farm news is interesting…
Thx
Get Outlook for iOS

---

**From:** Antoinette Walker <awalker@quaestoradvisors.com>
**Sent:** Thursday, August 12, 2021 4:08:06 PM
**To:** Andrew Feng <afeng@quaestorstrategic.com>
**Cc:** Mason Miller <mason.miller@ashleyenergy.com>
**Subject:** Declined: Weekly Ashley biz discussion
**When:** Thursday, August 12, 2021 9:30 PM-10:00 PM.
**Where:** zoom

Can we move this to 4?

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete the message and any attachments.  See http://www.arenaco.com/email-disclosure on important confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.
This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete the message and any attachments.  See http://www.arenaco.com/email-disclosure on important confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.
This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete the message and any attachments.  See http://www.arenaco.com/email-disclosure on important confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.
This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete the message and any attachments.  See http://www.arenaco.com/email-disclosure on important confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.
This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete the message and any attachments.  See http://www.arenaco.com/email-disclosure on important confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.