**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for _____ hereby discloses the following organizational interests:

1.      If the subject organization is a corporation,

      a.      Its parent companies or corporations (if none, state "none"):

      b.      Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

      c.      Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

2.      If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

  Mason Miller - Kentucky; The Green Power Plant Trust - Kentucky; Steven Hutchinson - Nebraska; Paul Sugarman - New York

                       _____
                       Signature (Counsel for Plaintiff/Defendant)
                       Print Name:  _____
                       Address:  _____
                       City/State/Zip:  _____
                       Phone:  _____

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____, 20_____.

                       _____
                       Signature