**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

POWER INVESTMENTS, LLC,                    )
                                           )
                                           )
        Plaintiff(s),                      )
                                           )
        vs.                                )        Case No. 4:21-cv-01022
                                           )
CARDINALS PREFERRED, LLC,                  )
                                           )
        Defendant(s).                      )

DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for **Cardinals Preferred, LLC** hereby discloses the following organizational interests:

1.      If the subject organization is a corporation,

        a.      Its parent companies or corporations (if none, state "none"):
                **Lexington Finance Designated Activity Corporation.**

        b.      Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
                **None**

        c.      Any publicly held company or corporation that owns ten percent (10%) or more
                of the subject corporation's stock (if none, state "none"):
                **None**

2.      If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship: **Cardinals Preferred LLC is wholly owned by Lexington Finance Designated Activity Corporation, an Irish company with limited liability and having a place of business in New York ("LFDAC"). LFDAC has two members, which are both limited liability companies. At least eighteen (18) members and/or ultimate beneficial owners are individuals with New York citizenship and residency.**

                                        **/s/ Stephen J. O'Brien**
                                        Signature (Counsel for ~~Plaintiff~~/Defendant)
                                        Print Name:  Stephen J. O'Brien
                                        Address:  One Metropolitan Square, Suite 3000
                                        City/State/Zip: St. Louis, Missouri 63102
                                        Phone:     (314) 241-1800


                        Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
 **September 13**          , 20 **21**       .

                                        **/s/ Stephen J. O'Brien**

                                        Signature