UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| POWER INVESTMENTS, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21-cv-01022-SEP |
| CARDINALS PREFERRED, LLC, | ) |
| Defendant. | ) |

# DECLARATION OF MASON L. MILLER

I, the undersigned, Mason L. Miller, pursuant to 28 U.S.C. § 1746, declare that:

1. I am over 18 years of age and have personal knowledge of the facts contained in this declaration, and I am of sound mind and competent to testify as a witness to those facts.

2. I am a member and manager of Plaintiff Power Investments, LLC ("**Power**"), and by reason of my position am authorized and qualified to make this declaration.

3. At all relevant times, I have been, and continue to be, Power's representative in connection with the Ashley Energy LLC Amended and Restated Limited Liability Agreement (the "**Agreement**") entered into on August 9, 2017 between Ashley Energy LLC (the "**Company**"), Defendant Cardinals Preferred, LLC ("**Cardinals**"), and Power.

4. I am familiar with Power's recordkeeping practices and personally sent, caused to be sent, or received each of the documents submitted herewith as **Exhibits** by virtue of my roles with Power and in connection with the Agreement.

5. The document submitted herewith as **Exhibit 1** is a true and accurate copy of the Agreement.

EXHIBIT 17

6. The document submitted herewith as **Exhibit 2** is a true and accurate copy of Power's August 9, 2021 Notice of Exercise of Call Option, delivered to Cardinals on August 9, 2021.

7. The document submitted herewith as **Exhibit 3** is a true and accurate copy of a letter sent via facsimile from Cardinals to Power (to my attention) at 8:15 p.m. EDT on Sunday, August 15, 2021.

8. The document submitted herewith as **Exhibit 4** is a true and accurate copy of a letter sent via facsimile from Cardinals to the Company (to my attention) at 8:15 p.m. EDT on Sunday, August 15, 2021.

9. The document submitted herewith as **Exhibit 5** is a true and accurate copy of a Summary of Terms for Power Investments, LLC dated December 16, 2016 and signed by Power and Arena Investors LP (on behalf of Cardinals).

10. The document submitted herewith as **Exhibit 6** is a true and accurate copy of an email chain, with attachments, circulated between me and representatives of Cardinals between February 6 and February 10, 2017.

11. The document submitted herewith as **Exhibit 7** is a true and accurate copy of an email chain circulated between me and representatives of Cardinals between February 6 and February 11, 2017.

12. The document submitted herewith as **Exhibit 8** is a true and accurate copy of an email chain circulated between me and representatives of Cardinals on February 13, 2017.

13. The document submitted herewith as **Exhibit 9** is a true and accurate copy of an email chain, with attachment, circulated between me and representatives of Cardinals on February 13, 2017.

14. The document submitted herewith as **Exhibit 10** is a true and accurate copy of a letter sent from Cardinals' legal counsel to me and the Company on February 17, 2017.

15. The document submitted herewith as **Exhibit 11** is a true and accurate copy of an email, with attachment, circulated between me, a representative of Cardinals, and Cardinals' legal counsel on August 7, 2017.

16. The document submitted herewith as **Exhibit 12** is a true and accurate copy of an email chain, with attachment, circulated between me, representatives of Cardinals, and Cardinals' legal counsel on August 7, 2017.

17. The document submitted herewith as **Exhibit 13** is a true and accurate copy of an email chain circulated between me, representatives of Cardinals, and Cardinals' legal counsel on August 7, 2017.

18. The document submitted herewith as **Exhibit 14** is a true and accurate copy of an email chain circulated between me, representatives of Cardinals, and Cardinals' legal counsel on August 8, 2017.

19. The document submitted herewith as **Exhibit 15** is a true and accurate copy of an email chain, with attachments, circulated between me, representatives of Cardinals, and Cardinals' legal counsel on August 8, 2017.

20. The document submitted herewith as **Exhibit 16** is a true and accurate copy of an internal Arena Investors, LP Investment Memorandum Re: "$7.5 million credit facility and $1.0 million equity investment to Power Investments, LLC" dated August 9, 2017 and sent to me via email by a representative of Cardinals on April 12, 2021.

21. I further certify that all of the **Exhibits** submitted herewith and discussed above are true, accurate, and authentic copies of records that were: (a) made at or near the time of the

occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters; (b) kept in the course of regularly conducted business activity; and (c) made by the regularly conducted business activity as a regular practice.

22.     To date, Cardinals has not requested any additional information from me, Power, or the Company in follow-up to its contention in its August 15, 2021 letters that it was rejecting Power's exercise of the Call Option because Cardinals had been provided with insufficient information in Power's Notice of Exercise of Call Option.

I declare under penalty of perjury that the **foregoing is true and correc**t.  Executed on this 13th day of September, 2021.

_____
Mason L. Miller