# **EXHIBIT 22**

**From:** Mason Miller <mason.miller@ashleyenergy.com>
**Sent:** Monday, December 20, 2021 9:45 AM
**To:** Andrew C. Ruben <aruben@sandbergphoenix.com>
**Cc:** David Disque <ddisque@arenaco.com>; Victor Dupont <vdupont@arenaco.com>
**Subject:** Ashley Energy

Andrew -

I understand Cardinals Preferred, LLC, through its representatives David Disque and Victor Dupont, have purported to engage your firm as counsel for Ashley Energy, even going so far as to sign an engagement letter and then directly contacting Ashley Energy's employees and trying to convince them to immediately wire funds to your firm.

I want to be respectful of your time and don't want to put you in a situation in which you do work for which you are not paid. So it is clear, Ashley Energy has not engaged your firm, and you are not authorized to perform any legal services for Ashley Energy at this time. I also want to make it clear that Messrs. Disque and Dupont do not have the authority to engage legal counsel for Ashley Energy for, among the reasons, the ones discussed at a board meeting just last week. I apologize that despite having that information, and even receiving a cease and desist notice as such actions are in violation of an injunction issued by a federal court, they still chose to attempt to engage your firm in the manner in which they did.

However, as we have time set aside this week to interview your firm among others, I would to proceed with that interview as scheduled and will send out an invitation tomorrow morning. I have asked David and Victor for their available times at least four times over the past two weeks with no response, so I do not know if they intend to participate in those interviews or not.  The company has identified a number of other issues concerning which we would like legal advice, including whether Messrs. Disque and Dupont have breached their duties of good faith and loyalty, and whether they can continue to serve in any capacity related to Ashley Energy. We can discuss those further tomorrow.

Thanks,

**Mason L. Miller**
President/CEO


1 Ashley Street

St. Louis, Missouri 63102
Tel. 314.621.3550

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete the message and any attachments.  See http://www.arenaco.com/email-disclosure on important confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.