# EXHIBIT 23

**From:** Christopher R. LaRose <clarose@atllp.com>
**Sent:** Tuesday, August 31, 2021 4:25 PM
**To:** O'Brien, Stephen J. <stephen.obrien@dentons.com>
**Cc:** Daniel O'Brien <DOBrien@atllp.com>; Tuso, Joseph J. <JTuso@reedsmith.com>; Stansfield, Wayne C. <WStansfield@reedsmith.com>
**Subject:** RE: Power/Cardinal consent order [IWOV-IDOCS.FID4266738]

**[WARNING: EXTERNAL SENDER]**

Stephen –

I don't read the TRO prohibitions as requiring Cardinals to take the proceeds from a Call, just not to take any additional actions (i.e, keep the status quo) to make that impossible down the road once adjudication on the merits.  Extending those prohibitions doesn't change that.  If we thought we could force the sale simply by entry of the TRO, we would have done it.  The context of this order is resolving the issues before the Court on Friday, which if we show up on Friday, would not include a request for relief against Power.  I've extended plenty of TRO's without inserting additional issues into the extension.  ==The order clearly says that the parties agree that neither the TRO or this extension of the TRO constitutes a decision on the merits or would entitle Power to specific performance, so I'm not sure what the issue is.==

Feel free to give me a call to discuss if it will help.  314-681-3169



Armstrong Teasdale LLP
**Christopher R. LaRose**
DIRECT: 314.259.4779 | FAX: 314.621.5065 | MAIN OFFICE: 314.621.5070

**From:** O'Brien, Stephen J. [mailto:stephen.obrien@dentons.com]
**Sent:** Tuesday, August 31, 2021 3:53 PM
**To:** Christopher R. LaRose
**Cc:** Daniel O'Brien; Tuso, Joseph J.; Stansfield, Wayne C.
**Subject:** RE: Power/Cardinal consent order

Once more, if Cardinals is enjoined from any interference, and thus required to take the money, what stops Mason from reneging on your representations that Power will wait for a judicial determination? We don't want to get caught in a whipsaw where Power can assert contempt of a court order.  While you claim your client won't do that, and it would be "pretty stupid", if Power wasn't planning to do this, it is simple enough to say so and that fact that he is resisting so hard is concerning.

**DENTONS**  Stephen J. O'Brien

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

1

D +1 314 259 5904   |   US Internal 45904
stephen.obrien@dentons.com
Bio   |   Website

Dentons US LLP

Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Christopher R. LaRose <clarose@atllp.com>
**Sent:** Tuesday, August 31, 2021 3:27 PM
**To:** O'Brien, Stephen J. <stephen.obrien@dentons.com>
**Cc:** Daniel O'Brien <DOBrien@atllp.com>; Tuso, Joseph J. <JTuso@reedsmith.com>; Stansfield, Wayne C. <WStansfield@reedsmith.com>
**Subject:** Re: Power/Cardinal consent order

**[WARNING: EXTERNAL SENDER]**

---

Stephen-

We can do the version I sent over which dealt with the concern over the term preliminary injunction being included. If that's not going to work, I guess we will need to move forward. We clearly can't execute the call without cardinals taking the money so I'm confused on the insistence of change number two.

Thanks,

Chris

Sent from my iPhone

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.**

**Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 200 Strand, London WC2R 1DJ. Please review our [International Legal Notices](.).**

On Aug 31, 2021, at 3:01 PM, O'Brien, Stephen J. <stephen.obrien@dentons.com> wrote:

**CAUTION:** **EXTERNAL EMAIL**

Chris -- very much appreciated and I agree we are quite close, but we still have concerns.  Let us know if this works.

<image001.png>

**Stephen J. O'Brien**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 314 259 5904   |   US Internal 45904
stephen.obrien@dentons.com
Bio   |   Website

Dentons US LLP

Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

<#118864720v2_US_Active_ - Consent Order (AT version 8.31.21 2_15p).DOCX>
<Redline_118864720v1_Consent Order (AT version 8.31.21 2_15p) - 118864720v2_Consent Order (AT version 8.31.21 2_15p).pdf>