Bd Mtg Minutes - 11/15/17
- Pres't - MCM, David Disque, Victor Dupont, Dan Dennis, John Felletter, John Otting
- Commence - 11/15 @ 11:02 am

- Op Rpt
  - D Dennis - review of trusted services; GTI repairs + A/C compressor
  - HRSG also needs work; Blr #5 flame scanner replaced
- Distr - early cold = early turn ons. Begin prev maint on piping. Signifct leak @ Dome area = big ticket, $70k ish
- Discuss w ef generation (EDI)
- Financial - MM + JO
  → review of budget to act-al. Primary top line Δ just fuctn of rev/AR timing. City AR ~400k
  - expense control focus is important until get to winter weather; insurance - able to cut v. SEEC closing premiums (was surprise to all @ closing but immed focus of mgmnt post closing)
- Liven issues w/ Veolia, City + legal/Inter discuss. MM & Selfker + Dan from LSX. Need on-site 1/2 :. keep house, fly. Chpr hotel, etc, some flgt, flex time too
- Other admin costs - + post Veolia transtn agrmnt, but personnel ↑ due to ADP issue. MLM put off payroll joining until strong winter weather
- Power Sales also lower due to pymts from preclosing, should improve

- Beene engaged by Ashley for audit. J Olling (BSW) will help coordte. Will rotate every few yrs.

- Mgmt Rpt
  - ref: update - Regions most likely. Cardinals prepay penalty expires in Feb, targeted close
  - Vedia - negotiating BS adjustmt. Ashley thinks $85k; Vedia ~ $320k
- Strategic Growth
  - Youngstown - NDA and initial diligence; potential value. Alternative MLM acquire + dropdown if Arena interest
  - Bitcoin Mining - Bitfury NDA = mechanism to sell power @ higher price? Perhaps JV, or lease space. If capt'l req, can have MLM do + Arena finance
- Legal / Closed Sesn Mtg (unan)
  - rev SEC S1 + claims v Ashley; discuss potn'l cclms. MM to coordte. Briefing for a few wks, KY 1st
  - AT + MLM's fm rep all; issues related = MLM knwldge = lower cost. Will remove to fed ct. MIPA + issue, JAW
  - Vedia - potential claim

- Mtn Adjorn - 12:21 pm (unan)