| | |
|---|---|
| **From:** | Pinkas, Oscar N. |
| **To:** | "Christopher R. LaRose"; Mason Miller; Victor Dupont |
| **Cc:** | David Disque; Kristan Gregory |
| **Subject:** | RE: SL EC, LLC et al v. Ashley Energy LLC [IWOV-IDOCS.FID3225758] |
| **Date:** | Thursday, April 23, 2020 12:29:04 PM |
| **Attachments:** | image005.png |
| | image001.png |

Yes, I can do 9-10 or 11:30am ET.

**Oscar N. Pinkas**

Our **COVID-19 Client Resources Hub** is available to the public, part of Dentons' global commitment to help our clients and our communities navigate this pandemic's legal and business challenges.

D +1 212 768 6701   |   US Internal 16701
oscar.pinkas@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Christopher R. LaRose <clarose@atllp.com>
**Sent:** Thursday, April 23, 2020 1:02 PM
**To:** Mason Miller <mason.miller@ashleyenergy.com>; Victor Dupont <vdupont@arenaco.com>; Pinkas, Oscar N. <oscar.pinkas@dentons.com>
**Cc:** David Disque <ddisque@arenaco.com>; Kristan Gregory <KGregory@arenaco.com>
**Subject:** RE: SL EC, LLC et al v. Ashley Energy LLC [IWOV-IDOCS.FID3225758]


**[External Sender]**

Victor  and Oscar

Are you available for a call tomorrow morning to discuss responding to these subpoenas?

Thanks,

EXHIBIT I

Chris



Armstrong Teasdale LLP
Christopher R. LaRose
DIRECT: 314.259.4779 | FAX: 314.621.5065 | MAIN OFFICE: 314.621.5070

**From:** Mason Miller [mailto:mason.miller@ashleyenergy.com]
**Sent:** Wednesday, April 22, 2020 6:07 AM
**To:** Victor Dupont; Pinkas, Oscar N.; Christopher R. LaRose
**Cc:** David Disque; Kristan Gregory
**Subject:** RE: SL EC, LLC et al v. Ashley Energy LLC [IWOV-IDOCS.FID3225758]

Thanks Victor. I've looped in our litigation counsel at Armstrong Teasdale who is handling the matter in the event he and Oscar need to talk.

**Mason L. Miller**
President/CEO



1 Ashley Street
St. Louis, Missouri 63102
Tel. 314.621.3550

**From:** Victor Dupont <vdupont@arenaco.com>
**Sent:** Tuesday, April 21, 2020 11:04 AM
**To:** Pinkas, Oscar N. <oscar.pinkas@dentons.com>
**Cc:** David Disque <ddisque@arenaco.com>; Mason Miller <mason.miller@ashleyenergy.com>; Kristan Gregory <KGregory@arenaco.com>
**Subject:** FW: SL EC, LLC et al v. Ashley Energy LLC [IWOV-IDOCS.FID3225758]

This guy Mike Becker is somehow still kicking around and is now issuing a subpoena for information

Oscar, would think since Mason's counsel is already engaged here he should coordinate the response?

Or maybe helpful for Mason (+ his counsel) and Oscar to speak directly?

**From:** Mason Miller <mmiller@merlegal.com>
**Sent:** Tuesday, April 21, 2020 10:55 AM
**To:** Victor Dupont <vdupont@arenaco.com>
**Subject:** FW: SL EC, LLC et al v. Ashley Energy LLC [IWOV-IDOCS.FID3225758]

See attached concerning the never-ending, poorly formulated lawsuit that Mike Becker continues to pursue. Apparently quarantine has freed up some time for his lawyers to work on

the cases that are usually on the back-burner.  Assuming it reached your desk after proper service, let me know if you want me to coordinate our counsel with yours for the response.

MLM

**From:** Christopher R. LaRose <clarose@atllp.com>
**Sent:** Tuesday, April 21, 2020 10:18 AM
**To:** Mason Miller <mmiller@merlegal.com>
**Cc:** Jared Walsh <JWalsh@atllp.com>
**Subject:** FW: SL EC, LLC et al v. Ashley Energy LLC [IWOV-IDOCS.FID3225758]

Mason –

These subpoenas were sent to us yesterday evening.  Let me know if you'd like to discuss opposing these, or if you're okay with Cardinals Loans and Arena responding.

Thanks,

Chris



Armstrong Teasdale LLP
Christopher R. LaRose
DIRECT: 314.259.4779 | FAX: 314.621.5065 | MAIN OFFICE: 314.621.5070

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.**

**From:** Sean Elam [mailto:smelam@bick-kistner.com]
**Sent:** Monday, April 20, 2020 5:38 PM
**To:** Jared Walsh; elkinkis
**Cc:** Ray Price, Jr.; Christopher R. LaRose
**Subject:** RE: SL EC, LLC et al v. Ashley Energy LLC [IWOV-IDOCS.FID3225758]

**CAUTION:** **EXTERNAL EMAIL**

All, please see the attached.

Thank you,

Sean M. Elam
Bick & Kistner, PC
101 S. Hanley Road, Suite 1280
Clayton, Missouri 63105
Phone: (314) 727-0777
Fax: (314) 727-9071

```
The Missouri Bar Association requires that I notify the recipient of this e-
mail that (1) e-mail communication is not a secure method of communication,
(2) any e-mail that is sent to you or by you may be copied and held by
various computers it passes through as it goes from us to you or vice
versa, (3) persons not participating in our communication may intercept our
communications by improperly accessing your computer or our computers or even
some computer unconnected to either of us which the e-mail passes through.
```

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete the message and any attachments.  See http://www.arenaco.com/email-disclosure on important confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.