| | |
|---|---|
| **From:** | David Disque |
| **To:** | Mason Miller |
| **Cc:** | Victor Dupont |
| **Subject:** | Notice of Special Meeting |
| **Date:** | Friday, November 12, 2021 10:28:05 AM |
| **Attachments:** | image001.png |
| | Notice of Special Meeting of Ashley Energy BOM - 20211112 - signed.pdf |

Mason -

Please see the attached letter.  Pursuant to Section 6.4(d) of the Amended and Restated Limited Liability Company Agreement, we are hereby calling a special meeting of the Board of Managers of Ashley Energy LLC.  The meeting will be held telephonically at 10:30 a.m. CT (11:30 a.m. ET) on November 17, 2021.  Please confirm your availability for that time.

Thank you.

David

David Disque
Managing Director, Structured Finance & Asset Investments
405 Lexington Avenue, 59th Floor
New York, NY 10174
(212) 655-1369
ddisque@arenaco.com
www.arenaco.com



This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete the message and any attachments.  See http://www.arenaco.com/email-disclosure on important confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.

EXHIBIT M