| | |
|---|---|
| **From:** | Chris Goodson |
| **To:** | Mason Miller |
| **Subject:** | FW: Special Meeting Ashley |
| **Date:** | Monday, November 15, 2021 11:46:03 AM |
| **Attachments:** | image001.png |

FYI

**From:** Chris Goodson <chris@gilded-age.com>
**Sent:** Monday, November 15, 2021 11:45 AM
**To:** 'David Disque' <ddisque@arenaco.com>
**Cc:** 'Victor Dupont' <vdupont@arenaco.com>
**Subject:** RE: Special Meeting Ashley

Hello David,

Thank you for update. I appreciate it.  Please keep me posted and if there is anything that is needed.

Chris Goodson
314-630-6817

**From:** David Disque <ddisque@arenaco.com>
**Sent:** Monday, November 15, 2021 9:36 AM
**To:** Chris Goodson <chris@gilded-age.com>
**Cc:** Victor Dupont <vdupont@arenaco.com>
**Subject:** RE: Special Meeting Ashley

Hi Chris –
We will not be meeting in advance of the Special Meeting of the Board of Managers.  As we have discussed before with Mason, there is nothing in Ashley's operating agreement or otherwise that would provide information rights to employees or "acting managers" of such members regarding the topics to be discussed at a board meeting or board committee meeting, or the position that a manager may take at such a meeting.   We have already informed Mason of the topics to be discussed at the upcoming meeting.  Thanks.
David

David Disque
(212) 655-1369
ddisque@arenaco.com



**From:** Chris Goodson <chris@gilded-age.com>

EXHIBIT N

**Sent:** Friday, November 12, 2021 6:06 PM
**To:** Victor Dupont <vdupont@arenaco.com>; David Disque <ddisque@arenaco.com>
**Subject:** Special Meeting Ashley
**Importance:** High

Dear David and Victor:

It has come to the attention of Power Investments, LLC ("Power Investments") that you have unilaterally called a Special Meeting of the Board of Managers of Ashley Energy, LLC without ever consulting with your principal, Power Investments, at all.  As you are also aware, on repeated occasions Power Investments has requested to speak with you in order to understand what you, as managers, intend to do at meetings, and what positions you intend to take, and to confer with you in advance so that the actions and positions you take reflect the interests of your principal.  Each of those requests has been ignored.

As a result, Power Investments is hereby requesting that you meet with Power Investments on November 15 at 2:00 p.m. eastern (telephonically), in advance of the aforementioned Special Meeting of the Board of Managers, to discuss what you, as managers, intend to do such meeting, and what positions you intend to take, and to confer with you in advance so that the actions and positions you take reflect the interests of your principal.  In addition, in advance of our call, please provide a written description of the purpose for which you have unilaterally called the special meeting and a list of any items you intend to ask the Board of Managers to address or take action on at the special meeting.

For the purposes of our call on the 15th, I can be reached on my cell phone (314-630-6817), and I look forward to speaking.

Thanks.

Chris Goodson

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete the message and any attachments.  See http://www.arenaco.com/email-disclosure on important confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.