**From:** David Disque
**To:** Mason Miller; Victor Dupont
**Cc:** Chris Goodson; Jeffrey B Ferris
**Subject:** RE: minutes from our meeting earlier today
**Date:** Wednesday, November 17, 2021 4:02:23 PM
**Attachments:** image001.png
image002.png
image003.png

Ok, thanks.

David Disque
(212) 655-1369
ddisque@arenaco.com



**From:** Mason Miller <mason.miller@ashleyenergy.com>
**Sent:** Wednesday, November 17, 2021 2:43 PM
**To:** David Disque <ddisque@arenaco.com>; Victor Dupont <vdupont@arenaco.com>
**Cc:** Chris Goodson <chris@gilded-age.com>; Jeffrey B Ferris <jferris@quaestoradvisors.com>
**Subject:** RE: minutes from our meeting earlier today

Thanks David; just a couple of clarifications/comments:

- I believe there is a typo; I understood your concern to be about *Armstrong Teasdale*'s potential conflict of interest in continuing to represent Ashley in the SLEC litigation (your notes refer to *Ashley*'s potential conflict of interest).
- I expressed my belief that there was no conflict, actual or potential, and as a result, had no objection to the motion, but did suggest we try to negotiate a fixed budget.

Thanks for circulating these and I'll send out the invite for the December meeting in advance.

**Mason L. Miller**
President/CEO

**Ashley Energy**
1 Ashley Street
St. Louis, Missouri 63102
Tel. 314.621.3550

**From:** David Disque <ddisque@arenaco.com>
**Sent:** Wednesday, November 17, 2021 2:26 PM
**To:** Mason Miller <mason.miller@ashleyenergy.com>; Victor Dupont <vdupont@arenaco.com>
**Cc:** Chris Goodson <chris@gilded-age.com>; Jeffrey B Ferris <jferris@quaestoradvisors.com>
**Subject:** minutes from our meeting earlier today

EXHIBIT O

Minutes for the special Board Meeting of Ashley Energy – November 17, 2021
- The meeting began via Zoom at 11:31am.
- In attendance:
  - David Disque (Board Member)
  - Victor Dupont (Board Member)
  - Mason Miller (Board Member)
  - Jeff Ferris (Board Observer)
- Absent:
  - Chris Goodson (Board Observer)
- Mr. Disque opened by stating the special meeting was called to discuss the outstanding SLEC litigation which involves Ashley.
  - DD stated he was concerned that the board has not been updated on the ongoing litigation and that there is potential conflict of interest with Ashley's representation in the litigation.
- Mr. Miller then proceeded to update the board on the status of the SLEC litigation.
- Following a discussion of the update, Mr. Disque called for a motion for Ashley to hire an independent counsel to investigate the concerns he expressed at the opening.
  - Unanimous approval of the motion was provided by Mr. Miller and Mr. Dupont.
- In closing, the Board agreed to exchange names of potential independent counsels and scheduled the 2021 3rd quarter meeting for December 16, 2021 at 11am EST.
- The meeting adjourned at 11:46am.

Please let me know if you have any comments.  Thanks.

David Disque
Managing Director, Structured Finance & Asset Investments
405 Lexington Avenue, 59th Floor
New York, NY 10174
(212) 655-1369
ddisque@arenaco.com
www.arenaco.com



This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete the message and any attachments.  See http://www.arenaco.com/email-disclosure on important confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.
This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete the message and any attachments.  See http://www.arenaco.com/email-disclosure on important confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.