UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| POWER INVESTMENTS, LLC,  )<br>  )<br>    Plaintiff/Counterclaim  )<br>    Defendant,  )<br>  )<br>vs.  )<br>  )<br>CARDINALS PREFERRED, LLC,  )<br>  )<br>    Defendant/Counterclaim  )<br>    Plaintiff.  )<br>  ) | Case No. 4:21-cv-01022-SEP |

**POWER INVESTMENTS, LLC'S
MOTION FOR LEAVE FOR ADDITIONAL PAGES**

Plaintiff/Counterclaim Defendant Power Investments, LLC ("Power"), by and through undersigned counsel, states as follows:

1. Filed concurrently herewith is Power's Opposition to Cardinals Preferred, LLC's Motion for a Temporary Restraining Order and Preliminary Injunction ("Motion"), and attached Declaration and Exhibits. Dkt. Nos. 55-56. The Local Rules provide that "[n]o party shall file any motion, memorandum, or brief which exceeds fifteen (15) numbered pages, exclusive of the Table of Contents, Table of Authorities, signature page, and attachments, without leave of Court." L.R. 4.01(D).

2. Preparation of the Opposition (Dkt. 55) required the use of six additional pages beyond the normal 15-page requirement, for a total of 21 pages. The added length was necessary in order for counsel to address matters raised in the Motion in a complete manner.

3. Accordingly, Power respectfully requests the Court to grant it leave to file its Opposition (Dkt. 55) in excess of the normal page limit set by the Local Rules.

4. This motion is made in good faith and is not made for any improper purpose.

WHEREFORE, for the reasons stated herein, Plaintiff/Counterclaim Defendant Power Investments, LLC respectfully requests the Court to grant it leave to file its Opposition to Cardinals Preferred, LLC's Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 55) in excess of the 15-page limit set by the Local Rules, and such other and further relief as the Court deems just and proper.

Dated:  December 21, 2021                    ARMSTRONG TEASDALE LLP

By: */s/ Christopher R. LaRose*
Christopher R. LaRose        #59612MO
Daniel R. O'Brien            #69258MO
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Fax:  314.621.5065
clarose@atllp.com
dobrien@atllp.com

ATTORNEYS FOR PLAINTIFF POWER INVESTMENTS, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 21st day of December, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the same to all counsel of record.

/s/ Christopher R. LaRose