**Daniel O'Brien**
___

| | |
|---|---|
| **From:** | Christopher R. LaRose |
| **Sent:** | Friday, December 10, 2021 9:59 AM |
| **To:** | Stansfield, Wayne C.; Daniel O'Brien |
| **Cc:** | Tuso, Joseph J.; 'O'Brien, Stephen J.'; Rodriguez, Nicholas R. |
| **Subject:** | RE: Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections [IWOV-IDOCS.FID4266738] |

Wayne –

Moving forward, we've tried to summarize our call and lay out the plan moving forward.  Let me know if you disagree with any of this.

1. We are in agreement on the protective order and will file it today.

2. Agreed written discovery deadlines: we agreed to decide on a deadline for Cardinals to produce documents and by which Cardinals will supplement its answers to Power's ROG #s 5-11 and 16-17.  Please send over those proposed dates. We plan to produce our documents by the 16th.

3. Miscellaneous re: Cardinals' RFP responses: you will send us written clarifications of how Cardinals proposes to "narrow" its responses to RFP #s 2, 4, 6, 7, 10-19, and 33-34 to produce relevant documents, and we will get back to you on whether those proposals are workable from our perspective.  You will also let us know whether Cardinals intends to produce documents responsive to RFP #s 35 and 36.

4. Depositions and dates: the parties agreed to hold open the last two weeks of January 2022 (weeks of Jan. 17 and 24) for depositions.  Power indicated that as of now it plans to depose David Disque, Victor Dupont, Jeff Ferris, and Cardinals.  Power agreed that the 30(b)(6) deposition could be conducted simultaneously with one or more of the individual depositions if Cardinals agrees to that procedure.  The parties agree to serve any 30(b)(6) topics in a timely fashion to allow for preparation and resolution of any disputes over the noticed topics.  Cardinals indicated that as of now it plans to depose Mason Miller and potentially one or more third parties.  Please note that Mason Miller has a conflict on January 20, 21, 24 and 25, but we should have plenty of other days available for his deposition during those two weeks.

5. Power's document subpoenas to Arena Investors and the two Quaestor entities: so long as you agree that documents will not be withheld by Cardinals on the basis they are owned or are possession of the Quaestor entities or Arena, we will agree that there's no need to respond to the subpoenas.  All responsive documents will instead be produced by Cardinals.

6. Cardinals' document subpoena to Ashley Energy LLC: I made clear that my firm is not representing Ashley Energy with respect to its response to Cardinals' subpoena.  However, to help move the case forward I agreed to accept service of said subpoena today and notify Ashley Energy's retained counsel of service as of 12/9.

Thanks,

Chris

**EXHIBIT 1**



Armstrong Teasdale LLP
Christopher R. LaRose
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
DIRECT: 314.259.4779 | FAX: 314.621.5065 | MAIN OFFICE: 314.621.5070

**From:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>
**Sent:** Friday, December 10, 2021 7:25 AM
**To:** Daniel O'Brien <DOBrien@atllp.com>; Christopher R. LaRose <clarose@atllp.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; 'O'Brien, Stephen J.' <stephen.obrien@dentons.com>; Rodriguez, Nicholas R. <NRodriguez@reedsmith.com>
**Subject:** RE: Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections

Dan—You proposed changes are fine, but we did add a sentence at the beginning of paragraph 2 to clarify and mimic paragraph 1.  See attached.   We don't have any changes to the joint motion.  Thanks Wayne.

**From:** Daniel O'Brien <DOBrien@atllp.com>
**Sent:** Wednesday, December 8, 2021 12:29 PM
**To:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>; Christopher R. LaRose <clarose@atllp.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; 'O'Brien, Stephen J.' <stephen.obrien@dentons.com>; Rodriguez, Nicholas R. <NRodriguez@reedsmith.com>
**Subject:** RE: Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections [IWOV-IDOCS.FID4266738]

==EXTERNAL E-MAIL - From DOBrien@atllp.com==

Wayne,

Attached is our proposed final draft of the stipulated P.O.  We accepted all of your changes and then made ours on top in redline.

Also attached is a short joint motion asking the Court to enter the P.O.

Please let us know if this is acceptable and we'll get it on file.

Thanks,

Dan



Armstrong Teasdale LLP
Daniel R. O'Brien | Associate Attorney

EXHIBIT 1

**From:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>
**Sent:** Tuesday, December 7, 2021 3:34 PM
**To:** Christopher R. LaRose <clarose@atllp.com>; Daniel O'Brien <DOBrien@atllp.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; 'O'Brien, Stephen J.' <stephen.obrien@dentons.com>; Rodriguez, Nicholas R. <NRodriguez@reedsmith.com>
**Subject:** RE: Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections [IWOV-IDOCS.FID4266738]

Chris- We will send you a summary of our issues with your discovery responses tomorrow so that you have it before the call Thursday. The AEO definition is fine. Please add and send us a final proposed draft for our review. We can discuss all other issues on our call.

As we were preparing to serve the attached subpoena on Ashley Energy LLC, we searched the Missouri Secretary of State's website to identify Ashley's registered agent and learned that Mr. Miller is identified as such. Accordingly, we writing to inquire whether, on behalf of Mr. Miller as Ashley's registered agent, you are willing to accept service of this subpoena. Wayne.

**From:** Christopher R. LaRose <clarose@atllp.com>
**Sent:** Tuesday, December 7, 2021 4:20 PM
**To:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>; Daniel O'Brien <DOBrien@atllp.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; 'O'Brien, Stephen J.' <stephen.obrien@dentons.com>; Rodriguez, Nicholas R. <NRodriguez@reedsmith.com>
**Subject:** RE: Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections [IWOV-IDOCS.FID4266738]

==EXTERNAL E-MAIL - From clarose@atllp.com==

Wayne –

If you have specific issues with our discovery, you will need to send us those issues in advance, just like we did.

On the subpoena front, the whole point of a notice of intent to serve is to provide notice of an intent to serve. Had you wanted to let us know that you represented these entities and accept service, you could have spoken up, but didn't. We did not "undoubtedly know" that you represented these entities because you never said so. You claim that Michael Martinez isn't employed and/or authorized to accept service by Arena Investors, et al. His LinkedIn page says otherwise (employee of Arena). He was working at the subpoenaed parties offices. According to the process server, when he asked a couple of people who was authorized to accept service, Mr. Martinez stated that he was indeed authorized to accept service on behalf of all three entities. This is valid service. Objections are waived. If you want until December 15, 2021 to produce documents, we're willing to agree to that, but those documents need to be produced without objection in accordance with the Rules. If you want to argue that service was improper, let me know and we will involve the Court.

The inclusion of an AEO provision for this particular case makes no sense, which is why I think we're having problems agreeing. The parties aren't competitors, there aren't trade secrets that are going to be revealed, third party information protected from disclosure by law isn't in play, etc. We aren't going to agree to a provision that allows a party to unilaterally decide what it believes should be attorneys eyes only. While its hard to react given that you can't articulate what documents you're concerned about, here is a suggested definition:

*Attorneys' Eyes Only" information means information, documents, and things within the scope of Rule 26(c)(l)(G) that the producer believes in good faith is not generally known to others and has significant competitive value such that unrestricted disclosure to others would create a substantial risk of serious injury, and which the producer (i) would not normally reveal to third parties except in confidence or has undertaken with others to maintain in confidence, or (ii)*

**EXHIBIT 1**

*believes in good faith is significantly sensitive and protected by a right to privacy under federal or state law or any other applicable privilege or right related to confidentiality or privacy. The designation is reserved for information that constitutes proprietary financial or technical or commercially sensitive personal, business or competitive information that the producer maintains as highly confidential in its business, including documents that would reveal trade secrets, the disclosure of which is likely to cause harm to the competitive position of the producer.*

If that's acceptable, let us know and we will get it submitted to the Court.

On the document production, I'm not aware that you asked for additional time.  If your asking for 10 days to send us the documents, that's fine, and your due date would be tomorrow.

Thursday at 11 ET works for a call—please send me a conference line or number to call.

Chris



Armstrong Teasdale LLP
Christopher R. LaRose
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
DIRECT: 314.259.4779 | FAX: 314.621.5065 | MAIN OFFICE: 314.621.5070

---

**From:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>
**Sent:** Monday, December 6, 2021 7:58 PM
**To:** Christopher R. LaRose <clarose@atllp.com>; Daniel O'Brien <DOBrien@atllp.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; 'O'Brien, Stephen J.' <stephen.obrien@dentons.com>; Rodriguez, Nicholas R. <NRodriguez@reedsmith.com>
**Subject:** RE: Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections [IWOV-IDOCS.FID4266738]

Chris-   We will review your responses and objections to our document requests and interrogatories received this evening and ask that you be prepared to discuss them on our call.  We are willing to agree to your request for an extra 10 days to produce documents, but ask you to reciprocate such courtesy in the future.

As to the subpoenas, they were not properly served on Arena Investors, LP, Quaestor Advisors, LLC, or Quaestor Strategic Advisors, LLC, which is why we never responded.  In fact, we had no idea prior to you sending us the "proof of service" that you even attempted service. This is probably because the subpoenas were delivered to a person named Michael Martinez, a worker engaged from a staffing company who is not employed by Arena Investors, LP, Quaestor Advisors, LLC, or Quaestor Strategic Advisors, LLC and certainly not authorized to accept service on behalf of any of these entities.  Indeed, the process server you dispatched did not even attempt to determine who he worked for, if he had the authority to accept service on behalf of any entity, or any other information other than his name.

Notwithstanding, we are willing to accept service on behalf of Arena Investors, LP, Quaestor Advisors, LLC, or Quaestor Strategic Advisors, LLC by email now instead of requiring you to properly serve the subpoenas and we, in turn, intend to serve the Arena entities' responses and objections by December 15, 2021. Please let us know if you would like us to accept service as provided herein. Had you just asked us, we would have been happy to have accepted service by email on behalf of these Arena entities instead of you attempting to serve parties that you undoubtedly know are represented by counsel.

**EXHIBIT 1**

As to your suggestion about the AEO provision, it frankly makes no sense.  If there turns out to be AEO documents produced, Mason Miller would certainly among those who should not review them.  We have no intention to "mark everything AEO."  I would expect to produce very few that would be AEO.  If you have some definition of AEO you would like to propose, I am happy to consider it. Otherwise, it seems you are trying to make the very straight forward inclusion of a standard AEO provision much more complicated than it should be and as a result delaying the completion of the protective order.

There appear to be a number of items for us to discuss. Given that you are unavailable on Wednesday and we are unavailable tomorrow, let's have a call Thursday morning.  Let us know if 11 EST works.  Best, Wayne.

---

**From:** Christopher R. LaRose <clarose@atllp.com>
**Sent:** Monday, December 6, 2021 4:21 PM
**To:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>; Daniel O'Brien <DOBrien@atllp.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; 'O'Brien, Stephen J.' <stephen.obrien@dentons.com>; Rodriguez, Nicholas R. <NRodriguez@reedsmith.com>
**Subject:** RE: Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections [IWOV-IDOCS.FID4266738]

EXTERNAL E-MAIL - From clarose@atllp.com

Wayne –

What I meant was that you proposed having a call in your email from last week.  I suggested Friday and didn't hear back.  I'm not available on Wednesday—I'm in a mediation all day. If your position is that you're going to stand by your objections and responses, it seems to me that the call won't be long and we can fit it in tomorrow.  I'm free except 1-1:30 and 3:30-2:30 (all CT).

On the attorneys' eyes only provision, there isn't a definition of what might fall into that category other than the party gets to decide.  We're fine including it, but given that Cardinals could decide to mark everything AEO, we would need a single client representative to be included in the list of people authorized to look at the document in order to adequately prepare for trial. Ours would be Mason Miller.  You could select a client representative as well.  If you're okay with that change, we're in agreement with the revisions.

Thanks,

Chris



Armstrong Teasdale LLP
**Christopher R. LaRose**
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
DIRECT: 314.259.4779 | FAX: 314.621.5065 | MAIN OFFICE: 314.621.5070

5

EXHIBIT 1

**From:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>
**Sent:** Monday, December 6, 2021 2:16 PM
**To:** Christopher R. LaRose <clarose@atllp.com>; Daniel O'Brien <DOBrien@atllp.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; 'O'Brien, Stephen J.' <stephen.obrien@dentons.com>; Rodriguez, Nicholas R. <NRodriguez@reedsmith.com>
**Subject:** RE: Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections

Chris—Your letter requested a response by Wednesday (12/8) but in any event my response is attached.  Also attached is a revised draft of the protective order adding an AEO provision.  I am not available for a call today.  I would propose that we set up a call for Wednesday so that we will have had a chance to review your interrogatory and document request responses which are due today.  I am available 1 to 3 EST if there is a time then that works for you.  Best Wayne

**From:** Christopher R. LaRose <clarose@atllp.com>
**Sent:** Monday, December 6, 2021 10:56 AM
**To:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>; Rodriguez, Nicholas R. <NRodriguez@reedsmith.com>; Daniel O'Brien <DOBrien@atllp.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; 'O'Brien, Stephen J.' <stephen.obrien@dentons.com>
**Subject:** RE: Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections [IWOV-IDOCS.FID4266738]

EXTERNAL E-MAIL - From clarose@atllp.com

Wayne –

Having not heard back to this email from last Wed., can you talk about the issues raised in our golden rule letter today.  Also, when do you plan to send the revised protective order and responsive documents?

Chris



Armstrong Teasdale LLP
**Christopher R. LaRose**
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
DIRECT: 314.259.4779 | FAX: 314.621.5065 | MAIN OFFICE: 314.621.5070

**From:** Christopher R. LaRose
**Sent:** Wednesday, December 1, 2021 6:06 PM
**To:** 'Stansfield, Wayne C.' <WStansfield@ReedSmith.com>; Rodriguez, Nicholas R. <NRodriguez@reedsmith.com>; Daniel O'Brien <DOBrien@atllp.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; O'Brien, Stephen J. <stephen.obrien@dentons.com>
**Subject:** RE: Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections [IWOV-IDOCS.FID4266738]

Wayne –

**EXHIBIT 1**

They were served a while ago.  I've attached the return.  As I mentioned, the due date was yesterday and we didn't receive anything.  Also, I've attached a golden rule letter for the Cardinals' interrogatories.  Happy to discuss these issues.  I'm available on Friday morning between 8-1 CT.

Thanks,

Chris



Armstrong Teasdale LLP
Christopher R. LaRose
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
DIRECT: 314.259.4779 | FAX: 314.621.5065 | MAIN OFFICE: 314.621.5070

---

**From:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>
**Sent:** Wednesday, December 1, 2021 9:24 AM
**To:** Christopher R. LaRose <clarose@atllp.com>; Rodriguez, Nicholas R. <NRodriguez@reedsmith.com>; Daniel O'Brien <DOBrien@atllp.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; O'Brien, Stephen J. <stephen.obrien@dentons.com>
**Subject:** RE: Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections

Chris-- I looked through my emails and the docket and do not see anything indicating the subpoenas were ever served.  All I recall were receiving notices of intent to serve them.  Can you confirm whether they were served?  We will be representing those entities.

With respect to document productions, we should be in a position to begin production on a rolling basis shortly.  There is no substantial completion deadline in the case management order.  I would suggest that we set up a call to discuss that, the timing of both parties' docs productions as well as the scheduling depositions.  Please let us know your availability.  Thanks Wayne

**From:** Christopher R. LaRose <clarose@atllp.com>
**Sent:** Tuesday, November 30, 2021 5:49 PM
**To:** Rodriguez, Nicholas R. <NRodriguez@reedsmith.com>; Daniel O'Brien <DOBrien@atllp.com>
**Cc:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>; Tuso, Joseph J. <JTuso@reedsmith.com>; O'Brien, Stephen J. <stephen.obrien@dentons.com>
**Subject:** RE: Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections [IWOV-IDOCS.FID4266738]

EXTERNAL E-MAIL - From clarose@atllp.com

Wayne –

Both sets of responses reference that documents will be produced.  When we can expect them?

Also, the due date for the subpoenas served on Arena Investors, Quaestor Advisors and Quaestor Strategic was yesterday, and we didn't receive a response.  Are you representing those entities?

EXHIBIT 1

Thanks,

Chris



Armstrong Teasdale LLP
**Christopher R. LaRose**
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
DIRECT: 314.259.4779 | FAX: 314.621.5065 | MAIN OFFICE: 314.621.5070

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 200 Strand, London WC2R 1DJ. Please review our **International Legal Notices**.

**From:** Rodriguez, Nicholas R. <NRodriguez@reedsmith.com>
**Sent:** Tuesday, November 30, 2021 4:04 PM
**To:** Christopher R. LaRose <clarose@atllp.com>; Daniel O'Brien <DOBrien@atllp.com>
**Cc:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>; Tuso, Joseph J. <JTuso@reedsmith.com>; O'Brien, Stephen J. <stephen.obrien@dentons.com>
**Subject:** Power Investments, LLC v. Cardinals Preferred, LLC - Cardinals' Responses and Objections

**CAUTION:**   **EXTERNAL EMAIL**

Counsel:

Attached please find Cardinals' responses and objections to Power's first set of requests for production and first set of interrogatories.

EXHIBIT 1

Thank you.

**Nicholas R. Rodriguez**
+1 215-241-7947 (office) ‖ +1 914-618-1707 (mobile)
nrodriguez@reedsmith.com
*Pronouns: He/Him/His*

**Reed Smith**LLP

Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
+1 215-851-8100
Fax +1 215-851-1420

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

**EXHIBIT 1**