

## PohlmanUSA®
## Court Reporting and Litigation Services

Remote Record of Nonappearance- Jeff Ferris

January 26, 2022

Power Investments, LLC vs. Cardinals Preferred, LLC

EXHIBIT 7

```
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF MISSOURI
                EASTERN DIVISION


POWER INVESTMENTS, LLC,      )
                             )
                             )
PLAINTIFF/COUNTERCLAIM       )
DEFENDANT,                   )
                             )
vs.                          ) No. 4:21-CV-01022-SEP
CARDINALS PREFERRED, LLC,    )
                             )
                             )
DEFENDANT/COUNTERCLAIM       )
PLAINTIFF.                   )




     REMOTE RECORD OF NONAPPEARANCE OF
                JEFF FERRIS
     TAKEN ON BEHALF OF THE PLAINTIFF
              JANUARY 26, 2022



   Elizabeth A. Goodwin, RPR, IL-CSR, MO-CCR
            CSR No. 084.004310
               CCR No. 831
```

**EXHIBIT 7**

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
 2                     EASTERN DIVISION

 3

 4   POWER INVESTMENTS, LLC,      )
                                  )
 5                                )
     PLAINTIFF/COUNTERCLAIM       )
 6   DEFENDANT,                   )
                                  )
 7   vs.                          ) No. 4:21-CV-01022-SEP
     CARDINALS PREFERRED, LLC,    )
 8                                )
                                  )
 9   DEFENDANT/COUNTERCLAIM       )
     PLAINTIFF.                   )
10
             REMOTE RECORD OF NONAPPEARANCE OF JEFF
11   FERRIS, produced, sworn, and examined on behalf of
     Plaintiff, JANUARY 26, 2022, between the hours of 8:30
12   in the forenoon and 8:35 in the forenoon of that day,
     via Zoom, before Elizabeth A. Goodwin, RPR, CSR NO.
13   084.004310, CCR No. 831.

14                  A P P E A R A N C E S

15           Attended Remotely:  Mr. Christopher R. LaRose
     of Armstrong Teasdale LLP, 7700 Forsyth Blvd., Suite
16   1800, St. Louis, MO 63105 represented Plaintiff,
     clarose@atllp.com.
17
             Attended Remotely:  Mr. Wayne C. Stansfield
18   of Reed Smith, LLP, Three Logan Square 1717 Arch
     Street, Suite 3100 , Philadelphia, PA 19103
19   represented Defendant, wstansfield@reedsmith.com.

20

21

22

23

24

25
```

1            IT IS HEREBY STIPULATED AND AGREED by and
2    between counsel for the PLAINTIFF/COUNTERCLAIM
3    DEFENDANT and counsel for the DEFENDANT/COUNTERCLAIM
4    PLAINTIFF, that this remote Record of Nonappearance
5    may be taken in shorthand by Elizabeth A. Goodwin, a
6    Registered Professional Reporter, Illinois Certified
7    Shorthand Reporter, No. 084.004310, and Missouri
8    Certified Court Reporter, No. 831, and afterwards
9    transcribed into typewriting by agreement of counsel.
10                         0-0-0
11            MR. LAROSE:  I'm Chris Larose, counsel for
12   Power Investment, LLC.  We're here today on the
13   noticed deposition of Jeff Ferris, which was set for
14   January 26th at 8:30.
15            By agreement of the parties, we also had a
16   Corporate Designee Deposition Notice set to run
17   simultaneously with Mr. Ferris's deposition.
18   Mr. DuPont's deposition that's noticed for tomorrow,
19   and Mr. Disque's deposition that's noticed for the
20   31st.  My understanding from Mr. Stansfield, Cardinals
21   Preferred counsel, is that they don't intend to show
22   up for those depositions.
23            There is no Mr. Ferris today.
24            There's no Protective Order that's been
25   filed.

 1            We're here ready to take the deposition.
 2            The other thing of note is that there's a
 3   current discovery deadline set for 1/28, which is a
 4   couple of days away.
 5            By agreement of the parties, we have
 6   previously agreed to take Mr. Disque's deposition on
 7   the 31st, a couple of days later.  But again, no
 8   witnesses are, apparently, intending to show up.  We
 9   believe in order to comply with the Scheduling Order
10   and the rules, they needed to show up and are choosing
11   not to.
12            Wayne?
13            MR. STANSFIELD:  And this is Mr. Stansfield
14   for the plaintiff -- excuse me -- Defendant, Cardinal
15   Preferred, from the Law Firm of Reed Smith.
16            As Mr. LaRose is well aware, we have asked
17   that these depositions be postponed.  We're not
18   refusing to produce the witnesses.  The postponement
19   was known to Mr. LaRose first thing Monday morning.
20   We believe he's appearing here to needlessly incur
21   expenses when he's known for more than 48 hours that
22   these depositions would be postponed.
23            We have put this issue squarely before the
24   court.  We have asked for an extension of deadlines.
25   That was filed with the court on Friday.

1              It's been five days.  There's been no
2     response from Mr. LaRose to that Motion.
3              On Friday evening, we received a letter from
4     the Sandberg Phoenix firm, which is Special Counsel,
5     retained by Ashley Energy to investigate whether the
6     Armstrong Teasdale firm has a conflict of interest in
7     its representation of Power Investments in this
8     matter.  Counsel recommended in his letter Friday
9     night that no further action be taken in this case
10    until he completes his investigation of the conflict,
11    which in his estimation, he set forth, would be
12    approximately one week after receiving additional
13    information from Mr. LaRose and the Armstrong Teasdale
14    firm.
15             Accordingly, first thing on Monday morning,
16    as I indicated, we let Mr. LaRose know that we would
17    follow independent counsel's advice and postpone the
18    three depositions scheduled for today, tomorrow, and
19    next Monday.  At that point, of course, we had already
20    moved for an extension of time.  So, there is and
21    would be no prejudice to the Defendant in this case,
22    regardless of the outcome of the investigation,
23    because we have asked the court to extend the deadline
24    for 60 days.
25             We're not refusing to produce the witnesses.

1   We will certainly produce the witnesses either when so
2   ordered by the court or at the conclusion of the
3   investigation of Sandberg Phoenix, depending on its
4   outcome.  So, it is simply a matter of timing.
5           Mr. LaRose has indicated that he will not
6   agree to postponement nor agree to any extension of
7   the deadlines.  So, in our estimation and viewpoint,
8   it is a self-created sense of urgency by Mr. LaRose by
9   demanding to move forward with the depositions despite
10  the advice of independent counsel, and at the same
11  time, not agreeing to any extension of deadlines
12  whatsoever.
13          MR. LAROSE:  And just to briefly address the
14  Sandberg Phoenix letter.  Sandberg Phoenix represents
15  Ashley Energy.  Ashley Energy is not a party to this
16  lawsuit.
17          To the extent that Ashley Energy's counsel
18  has directed my law firm to stand down on behalf of
19  Power Investments, I'm not sure where in the rules
20  that would be dispositive of anything.
21          Our view is that if Cardinals Preferred
22  thinks that they have a basis to disqualify Armstrong
23  Teasdale, they're represented by two great law firms
24  that can file a Motion to Disqualify, they have chosen
25  not to despite knowing Armstrong Teasdale's

 1  representation since August.  So, to the extent that
 2  the delay is being caused by that issue, it's being
 3  caused solely by Cardinals Preferred, who clearly
 4  doesn't need Sandberg Phoenix to evaluate its own
 5  conflicts.
 6             With that, I'll close the record.
 7  Unless you have something else, Mr. Stansfield.
 8             MR. STANSFIELD:  No, that's all I have.
 9             We, obviously, disagree in our positions
10  with this.  It is before the court.  We will wait for
11  the court's determination.  Thank you.
12             MR. LAROSE:  Thanks, Elizabeth.
13             I will take an etran.
14             MR. STANSFIELD:  I will also order an etran.
15  Thank you.
16                  (At this time the Record of
17                   Nonappearance concluded.  No exhibits
18                   were marked.)
19
20
21
22
23
24
25

1

                    REPORTER CERTIFICATE

2

           I, Elizabeth A. Goodwin, RPR, MO-CCR,
3    IL-CSR, do hereby certify that there came before me
     via ZOOM,
4

5                 RECORD OF NONAPPEARANCE OF

6                       JEFF FERRIS,

7    said remote Record of Nonappearance was reported by
     myself, translated and proofread using computer-aided
8    transcription, and the above transcript of proceedings
     is a true and accurate transcript of my notes as taken
9    at the time of the remote Record of Nonappearance of
     this witness.
10
           I further certify that I am neither attorney
11   nor counsel for nor related nor employed by any of the
     parties to the action in which this remote Record of
12   Nonappearance was taken; further, that I am not a
     relative or employee of any attorney or counsel
13   employed by the parties hereto or financially
     interested in this action.
14
           Dated this 26th day of January, 2022.
15

16

17   _____
     ELIZABETH A. GOODWIN, RPR, MO-CCR, IL-CSR
18

19

20

21

22

23

24

25

## A

accurate 8:8
action 5:9 8:11,13
additional 5:12
address 6:13
advice 5:17 6:10
agree 6:6,6
agreed 3:1 4:6
agreeing 6:11
agreement 3:9,15
  4:5
apparently 4:8
appearing 4:20
approximately
  5:12
Arch 2:18
Armstrong 2:15
  5:6,13 6:22,25
Ashley 5:5 6:15
  6:15,17
asked 4:16,24
  5:23
Attended 2:15,17
attorney 8:10,12
August 7:1
aware 4:16

## B

basis 6:22
behalf 1:14 2:11
  6:18
believe 4:9,20
Blvd 2:15
briefly 6:13

## C

C 2:14,17
Cardinal 4:14
Cardinals 1:7 2:7
  3:20 6:21 7:3
case 5:9,21
caused 7:2,3
CCR 1:18 2:13
certainly 6:1
CERTIFICATE 8:1
Certified 3:6,8
certify 8:3,10
choosing 4:10
chosen 6:24
Chris 3:11
Christopher 2:15
clarose@atllp.c...
  2:16
clearly 7:3
close 7:6
completes 5:10
comply 4:9

computer-aided
  8:7
concluded 7:17
conclusion 6:2
conflict 5:6,10
conflicts 7:5
Corporate 3:16
counsel 3:2,3,9
  3:11,21 5:4,8
  6:10,17 8:11,12
counsel's 5:17
couple 4:4,7
course 5:19
court 1:1 2:1 3:8
  4:24,25 5:23 6:2
  7:10
court's 7:11
CSR 1:17 2:12
current 4:3

## D

Dated 8:14
day 2:12 8:14
days 4:4,7 5:1,24
deadline 4:3 5:23
deadlines 4:24
  6:7,11
Defendant 1:6 2:6
  2:19 3:3 4:14
  5:21
DEFENDANT/C...
  1:9 2:9 3:3
delay 7:2
demanding 6:9
depending 6:3
deposition 3:13
  3:16,17,18,19
  4:1,6
depositions 3:22
  4:17,22 5:18 6:9
Designee 3:16
despite 6:9,25
determination
  7:11
directed 6:18
disagree 7:9
discovery 4:3
dispositive 6:20
disqualify 6:22,24
Disque's 3:19 4:6
DISTRICT 1:1,1
  2:1,1
DIVISION 1:2 2:2
DuPont's 3:18

## E

E 2:14,14

EASTERN 1:1,2
  2:1,2
either 6:1
Elizabeth 1:17
  2:12 3:5 7:12
  8:2,17
employed 8:11,13
employee 8:12
Energy 5:5 6:15
  6:15
Energy's 6:17
estimation 5:11
  6:7
etran 7:13,14
evaluate 7:4
evening 5:3
examined 2:11
excuse 4:14
exhibits 7:17
expenses 4:21
extend 5:23
extension 4:24
  5:20 6:6,11
extent 6:17 7:1

## F

Ferris 1:13 2:11
  3:13,23 8:6
Ferris's 3:17
file 6:24
filed 3:25 4:25
financially 8:13
firm 4:15 5:4,6,14
  6:18
firms 6:23
first 4:19 5:15
five 5:1
follow 5:17
forenoon 2:12,12
Forsyth 2:15
forth 5:11
forward 6:9
Friday 4:25 5:3,8
further 5:9 8:10
  8:12

## G

Goodwin 1:17
  2:12 3:5 8:2,17
great 6:23

## H

hereto 8:13
hours 2:11 4:21

## I

IL-CSR 1:17 8:3

8:17
Illinois 3:6
incur 4:20
independent 5:17
  6:10
indicated 5:16 6:5
information 5:13
intend 3:21
intending 4:8
interest 5:6
interested 8:13
investigate 5:5
investigation 5:10
  5:22 6:3
Investment 3:12
Investments 1:4
  2:4 5:7 6:19
issue 4:23 7:2

## J

January 1:14 2:11
  3:14 8:14
Jeff 1:13 2:10
  3:13 8:6

## K

know 5:16
knowing 6:25
known 4:19,21

## L

LaRose 2:15 3:11
  3:11 4:16,19 5:2
  5:13,16 6:5,8,13
  7:12
law 4:15 6:18,23
lawsuit 6:16
letter 5:3,8 6:14
LLC 1:4,7 2:4,7
  3:12
LLP 2:15,18
Logan 2:18
Louis 2:16

## M

marked 7:18
matter 5:8 6:4
Missouri 1:1 2:1
  3:7
MO 2:16
MO-CCR 1:17 8:2
  8:17
Monday 4:19 5:15
  5:19
morning 4:19
  5:15
Motion 5:2 6:24

move 6:9
moved 5:20

## N

N 2:14
need 7:4
needed 4:10
needlessly 4:20
neither 8:10
night 5:9
Nonappearance
  1:13 2:10 3:4
  7:17 8:5,7,9,12
note 4:2
notes 8:8
Notice 3:16
noticed 3:13,18
  3:19

## O

obviously 7:9
order 3:24 4:9,9
  7:14
ordered 6:2
outcome 5:22 6:4

## P

P 2:14,14
PA 2:18
parties 3:15 4:5
  8:11,13
party 6:15
Philadelphia 2:18
Phoenix 5:4 6:3
  6:14,14 7:4
plaintiff 1:9,14 2:9
  2:11,16 3:4 4:14
PLAINTIFF/CO...
  1:5 2:5 3:2
point 5:19
positions 7:9
postpone 5:17
postponed 4:17
  4:22
postponement
  4:18 6:6
Power 1:4 2:4
  3:12 5:7 6:19
Preferred 1:7 2:7
  3:21 4:15 6:21
  7:3
prejudice 5:21
previously 4:6
proceedings 8:8
produce 4:18 5:25
  6:1
produced 2:11

| | | | |
|---|---|---|---|
| **Professional** 3:6<br>**proofread** 8:7<br>**Protective** 3:24<br>**put** 4:23<br><br>**Q**<br><br>**R**<br>**R** 2:14,15<br>**ready** 4:1<br>**received** 5:3<br>**receiving** 5:12<br>**recommended** 5:8<br>**record** 1:13 2:10 3:4 7:6,16 8:5,7 8:9,11<br>**Reed** 2:18 4:15<br>**refusing** 4:18 5:25<br>**regardless** 5:22<br>**Registered** 3:6<br>**related** 8:11<br>**relative** 8:12<br>**remote** 1:13 2:10 3:4 8:7,9,11<br>**Remotely** 2:15,17<br>**reported** 8:7<br>**Reporter** 3:6,7,8 8:1<br>**representation** 5:7 7:1<br>**represented** 2:16 2:19 6:23<br>**represents** 6:14<br>**response** 5:2<br>**retained** 5:5<br>**RPR** 1:17 2:12 8:2 8:17<br>**rules** 4:10 6:19<br>**run** 3:16<br><br>**S**<br>**S** 2:14<br>**Sandberg** 5:4 6:3 6:14,14 7:4<br>**scheduled** 5:18<br>**Scheduling** 4:9<br>**self-created** 6:8<br>**sense** 6:8<br>**set** 3:13,16 4:3 5:11<br>**shorthand** 3:5,7<br>**show** 3:21 4:8,10<br>**simply** 6:4<br>**simultaneously** 3:17<br>**Smith** 2:18 4:15 | **solely** 7:3<br>**Special** 5:4<br>**Square** 2:18<br>**squarely** 4:23<br>**St** 2:16<br>**stand** 6:18<br>**Stansfield** 2:17 3:20 4:13,13 7:7 7:8,14<br>**STATES** 1:1 2:1<br>**STIPULATED** 3:1<br>**Street** 2:18<br>**Suite** 2:15,18<br>**sure** 6:19<br>**sworn** 2:11<br><br>**T**<br>**take** 4:1,6 7:13<br>**taken** 1:14 3:5 5:9 8:8,12<br>**Teasdale** 2:15 5:6 5:13 6:23<br>**Teasdale's** 6:25<br>**Thank** 7:11,15<br>**Thanks** 7:12<br>**thing** 4:2,19 5:15<br>**thinks** 6:22<br>**three** 2:18 5:18<br>**time** 5:20 6:11 7:16 8:9<br>**timing** 6:4<br>**today** 3:12,23 5:18<br>**tomorrow** 3:18 5:18<br>**transcribed** 3:9<br>**transcript** 8:8,8<br>**transcription** 8:8<br>**translated** 8:7<br>**true** 8:8<br>**two** 6:23<br>**typewriting** 3:9<br><br>**U**<br>**understanding** 3:20<br>**UNITED** 1:1 2:1<br>**urgency** 6:8<br><br>**V**<br>**view** 6:21<br>**viewpoint** 6:7<br>**vs** 1:7 2:7<br><br>**W**<br>**wait** 7:10<br>**Wayne** 2:17 4:12 | **We're** 3:12 4:1,17 5:25<br>**week** 5:12<br>**whatsoever** 6:12<br>**witness** 8:9<br>**witnesses** 4:8,18 5:25 6:1<br>**wstansfield@re...** 2:19<br><br>**X**<br><br>**Y**<br><br>**Z**<br>**Zoom** 2:12 8:3<br><br>**0**<br>**0-0-0** 3:10<br>**084.004310** 1:17 2:13 3:7<br><br>**1**<br>**1/28** 4:3<br>**1717** 2:18<br>**1800** 2:16<br>**19103** 2:18<br><br>**2**<br>**2022** 1:14 2:11 8:14<br>**26** 1:14 2:11<br>**26th** 3:14 8:14<br><br>**3**<br>**3100** 2:18<br>**31st** 3:20 4:7<br><br>**4**<br>**4:21-CV-01022-...** 1:7 2:7<br>**48** 4:21<br><br>**5**<br><br>**6**<br>**60** 5:24<br>**63105** 2:16<br><br>**7**<br>**7700** 2:15<br><br>**8**<br>**8:30** 2:11 3:14<br>**8:35** 2:12<br>**831** 1:18 2:13 3:8 | |