## Daniel O'Brien

| | |
|---|---|
| **From:** | Stansfield, Wayne C. <WStansfield@ReedSmith.com> |
| **Sent:** | Monday, February 21, 2022 9:20 AM |
| **To:** | Christopher R. LaRose |
| **Cc:** | Tuso, Joseph J.; 'stephen.obrien@dentons.com'; Rodriguez, Nicholas  R. |
| **Subject:** | RE: Cardinals Preferred/Power Investments [IWOV-IDOCS.FID4266738] |

I spoke with Chancellor Bouchard and informed him that we will be seeking a stay of the mediation until the disqualification issue is decided by the court. Wayne

**From:** Christopher R. LaRose <clarose@atllp.com>
**Sent:** Monday, February 21, 2022 9:14 AM
**To:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; 'stephen.obrien@dentons.com' <stephen.obrien@dentons.com>
**Subject:** RE: Cardinals Preferred/Power Investments [IWOV-IDOCS.FID4266738]

EXTERNAL E-MAIL - From clarose@atllp.com

Wayne –

Did you send something to the mediator.  I didn't see anything come through?

Chris



Armstrong Teasdale LLP
**Christopher R. LaRose**
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
DIRECT: 314.259.4779 | FAX: 314.621.5065 | MAIN OFFICE: 314.621.5070

********** **PRIVATE AND CONFIDENTIAL**********

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.**

EXHIBIT 1

**Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 200 Strand, London WC2R 1DJ. Please review our [International Legal Notices](#).**

---

**From:** Christopher R. LaRose
**Sent:** Friday, February 18, 2022 4:04 PM
**To:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; stephen.obrien@dentons.com
**Subject:** RE: Cardinals Preferred/Power Investments [IWOV-IDOCS.FID4266738]

Wayne -

We disagree with Sandberg Phoenix's opinion and do not intend to withdraw from representing Power this litigation. In addition, there is no revelation in Sandberg Phoenix's letter that was unknown to Cardinals since the beginning of this lawsuit. There is also no Rule or legal authority that requires your firm and Dentons to get an opinion of a different law firm to assess Cardinals ability to file a motion to disqualify. This all begs the question why Cardinals waited 6 months into this litigation to file a motion to disqualify.

Ultimately, whether or not there is a disqualifying conflict requiring AT to withdraw is a question the Court will have to resolve.

Finally, I don't believe Cardinals can unilaterally cancel a court-ordered mediation. Do you plan on seeking leave to not comply with the ADR referral and the scheduling order?

Chris

**From:** Stansfield, Wayne C. <WStansfield@ReedSmith.com>
**Sent:** Friday, February 18, 2022 9:53 AM
**To:** Christopher R. LaRose <clarose@atllp.com>
**Cc:** Tuso, Joseph J. <JTuso@reedsmith.com>; stephen.obrien@dentons.com
**Subject:** Cardinals Preferred/Power Investments

**CAUTION:** **EXTERNAL EMAIL**

Chris—By way of follow-up to our call yesterday, as I told you, Cardinals will be filing a motion to disqualify in light of the Sandberg Phoenix opinion confirming Armstrong Teasdale's conflicts. As we discussed, if Armstrong Teasdale intends to withdraw from the representation of Power Investments in light of the results of the investigation, the filing would be unnecessary. If that is the case, please let me know by the close of business today. In light of these developments, we will not be moving forward with the mediation at this time. I intend to so inform Chancellor Bouchard today. Thanks Wayne

**Wayne C. Stansfield, Esq. | Partner, Commercial Litigation Group**
**Reed Smith LLP**

EXHIBIT 1

Direct: 215.851.8218 | wstansfield@reedsmith.com
Bio: https://www.reedsmith.com/wayne_stansfield

Three Logan Square | 1717 Arch Street | Suite 3100
Philadelphia | Pennsylvania | 19103
Main: 215.851.8100 | Fax: 215.851.1420

Abu Dhabi | Austin | Athens | Beijing | Century City | Chicago | Dallas | Dubai | Frankfurt | Hong Kong | Houston | Kazakhstan | London | Los Angeles | Miami | Munich | New York | N. Virginia | Paris | Philadelphia | Pittsburgh | Princeton | Richmond | San Francisco | Shanghai | Silicon Valley | Singapore | Washington DC | Wilmington

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01