# EXHIBIT A

*Power Investments, LLC v. Cardinals Preferred, LLC*, Case No. 4:21-cv-01022-SEP
Power Investments LLC's Supplemental Confidential Privilege Log, 2/7/2022

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| PRIV 0000704 | Email | Motion for TRO proposed order | 8/16/21 | Email | Mason Miller | Christopher LaRose; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0000705 | Email | Motion for TRO proposed order | 8/16/21 | Email | Christopher LaRose | Mason Miller; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0000706 | Email | Motion for TRO proposed order | 8/16/21 | Emails | Mason Miller | Christopher LaRose; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0000707-08 | Word | Draft proposed TRO order | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0000709 | Email | Motion for TRO proposed order | N/A | Emails | Christopher LaRose | Mason Miller; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0000710-11 | Word | Draft proposed TRO order | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0000712 | Email | TRO and lawsuit | 8/16/21 | Email | Christopher LaRose | Mason Miller; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0000713 | Email | TRO and lawsuit | 8/16/21 | Email | Christopher LaRose | Mason Miller; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0000714-28 | Word | Draft memorandum in support of TRO | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0000729 | Email | TRO and lawsuit | 8/16/21 | Email | Mason Miller | Daniel O'Brien; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0000730-55 | PDF | Draft complaint | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0000756 | Email | TRO and lawsuit | 8/16/21 | Email | Daniel | Mason Miller; | Withheld | A/C; WP |

CONFIDENTIAL

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| | | | | | O'Brien | Christopher LaRose | | |
| PRIV 0000757 | Email | TRO and lawsuit | 8/16/21 | Emails | Mason Miller | Christopher LaRose; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0000758 | Email | TRO and lawsuit | 8/16/21 | Email | Christopher LaRose | Mason Miller; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0000759-824 | PDF | Draft lawsuit exhibits | | Attachments to previous email | | | Withheld | A/C; WP |
| PRIV 0000825-851 | Word | Draft complaint | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0000852 | Email | Advice concerning exercise of call option | 8/16/21 | Email | Mason Miller | Christopher LaRose; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0000853-54 | PDF | Corporate document | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0000855-85 | PDF | Corporate document | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0000886-96 | PDF | Corporate document | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0000897 | Email | Advice concerning exercise of call option | 8/16/21 | Email | Mason Miller | Christopher LaRose; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0000898-940 | PDF | Corporate document | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0000941 | Email | Power v. Cardinals – draft complaint | 8/16/21 | Emails | Mason Miller | Christopher LaRose; Daniel O'Brien | Withheld | A/C; WP |

2

CONFIDENTIAL

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| PRIV 0000942 | Email | Power v. Cardinals – draft complaint | 8/16/21 | Emails | Christopher LaRose | Mason Miller; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0000943 | Email | Power v. Cardinals – draft complaint | 8/16/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0000944-69 | Word | Draft complaint | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0000970 | Email | Power v. Cardinals – draft complaint | 8/16/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0000971 | Email | Power v. Cardinals – draft complaint | 8/16/21 | Email | Christopher LaRose | Mason Miller | Withheld | A/C; WP |
| PRIV 0000972-97 | Word | Draft complaint | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0000998 | Email | Incoming fax re conversion | 8/15/21 | Email | Christopher LaRose | Mason Miller; David Braswell; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0000999 | Email | Advice concerning exercise of call option | 8/15/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001000 | Image | Contract language | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001001 | Email | Advice concerning exercise of call option | 8/15/21 | Email | Mason Miller | Christopher LaRose; David Braswell | Withheld | A/C; WP |
| PRIV 0001002 | Image | Contract language | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001003 | Image | Contract language | | Attachment to previous email | | | Withheld | A/C; WP |

3

CONFIDENTIAL

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| PRIV 0001004 | Email | Incoming fax re conversion | 8/15/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| POWER0011411-13 | PDF | Faxed letter | | Attachment to previous email | | | N/A | |
| PRIV 0001005 | Email | Incoming fax re conversion | 8/15/21 | Email | Christopher LaRose | Mason Miller; David Braswell; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0001006 | Email | Incoming fax re conversion | 8/15/21 | Email | Mason Miller | Christopher LaRose; David Braswell | Withheld | A/C; WP |
| POWER0011414-16 | PDF | Faxed letter | | Attachment to previous email | | | N/A | |
| PRIV 0001007 | Email | Call Tomorrow | 8/15/21 | Emails | Christopher LaRose | Mason Miller; Daniel O'Brien | Withheld | A/C; WP |
| PRIV 0001008 | Email | Call Tomorrow | 8/15/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001009-10 | PDF | Correspondence | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001011-12 | PDF | Correspondence | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001013 | Email | Arena discussion | 8/14/21 | Email | David Braswell | Mason Miller; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001014 | Email | Arena discussion | 8/14/21 | Emails | Mason Miller | Christopher LaRose; David Braswell | Withheld | A/C; WP |
| PRIV 0001015 | Image | Screen capture | | Attachment to previous email | | | Withheld | A/C; WP |

4

CONFIDENTIAL

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| PRIV 0001016 | Email | Cardinals/Power dispute | 8/13/21 | Email | Christopher LaRose | Mason Miller; David Braswell | Withheld | A/C; WP |
| PRIV 0001017 | Email | Advice concerning exercise of call option | 8/13/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001018 | Email | Agreement - Settlement Meeting | 8/13/21 | Email | Christopher LaRose | Mason Miller; David Braswell | Withheld | A/C; WP |
| PRIV 0001019 | Word | Draft settlement meeting agreement | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001020 | Email | Cardinals/Power dispute | 8/13/21 | Emails | Mason Miller | Christopher LaRose; David Braswell | Withheld | A/C; WP |
| PRIV 0001021 | Email | Arena Update | 8/12/21 | Emails | David Braswell | Mason Miller; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001022 | Email | Arena Update | 8/12/21 | Emails | Mason Miller | Christopher LaRose; David Braswell | Withheld | A/C; WP |
| PRIV 0001023 | Email | Arena call | 8/12/21 | Email | Mason Miller | Christopher LaRose; David Braswell | Withheld | A/C; WP |
| PRIV 0001024 | Email | Financial data and analysis | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001025 | Email | Potential consultant work | 8/12/21 | Email | Christopher LaRose | Mason Miller | Withheld | A/C; WP |
| PRIV 0001026 | PDF | Invoice | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001027 | Email | Advice concerning exercise of call option | 8/12/21 | Emails | Mason Miller | Christopher LaRose | Withheld | A/C; WP |

5

CONFIDENTIAL

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| PRIV 0001028 | Email | Advice concerning exercise of call option | 8/11/21 | Email | Christopher LaRose | David Braswell; Mason Miller; Jill Polk; Margaret Mudd | Withheld | A/C; WP |
| PRIV 0001029 | Email | Advice concerning exercise of call option | 8/11/21 | Email | Mason Miller | Christopher LaRose; Jill Polk; Margaret Mudd; David Braswell | Withheld | A/C; WP |
| PRIV 0001030 | Email | Advice concerning exercise of call option | 8/10/21 | Email | Christopher LaRose | Mason Miller; Jill Polk; Margaret Mudd; David Braswell | Withheld | A/C; WP |
| PRIV 0001031 | Email | Advice concerning exercise of call option | 8/10/21 | Email | Mason Miller | Christopher LaRose; Jill Polk; Margaret Mudd; David Braswell | Withheld | A/C; WP |
| PRIV 0001032 | Email | Delivery of call option exercise notice | 8/9/21 | Email | Mason Miller | Margaret Mudd; David Braswell; Christopher LaRose; Jill Polk | Withheld | A/C; WP |
| PRIV 0001033 | Email | Delivery of call option exercise notice | 8/9/21 | Emails | Margaret Mudd | Mason Miller; David Braswell; Christopher LaRose; Jill Polk | Withheld | A/C; WP |
| POWER0011405 | Image | Signature | | Attachment to previous email | | | N/A | |
| PRIV 0001034 | Email | Fax Confirmation – Call Option Exercise | 8/9/21 | Email | Margaret Mudd | Mason Miller; Christopher LaRose; Jill Polk; David Braswell | Withheld | A/C; WP |

6

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| PRIV 0001035 | Email | Fax Confirmation – Call Option Exercise | 8/9/21 | Email | Mason Miller | Christopher LaRose; Jill Polk; Margaret Mudd; David Braswell | Withheld | A/C; WP |
| POWER000001-3 | PDF | Fax Confirmation – Notice of Call Option Exercise | | Attachment to previous email | | | N/A | |
| POWER000004 | Email | Outgoing Fax to 12126123207 | | Attachment to previous email | | | N/A | |
| POWER000005-07 | PDF | Fax Document | | Attachment to previous attachment | | | N/A | |
| PRIV 0001036 | Email | Notice of Exercise of Call Option | 8/6/21 | Email | Mason Miller | Jill Polk; Margaret Mudd; David Braswell; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001037 | Email | Notice of Exercise of Call Option | 8/6/21 | Emails | Jill Polk | Mason Miller; Margaret Mudd; David Braswell; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001038 | Email | Notice of Exercise of Call Option | 8/6/21 | Email | Mason Miller | Jill Polk; Margaret Mudd; David Braswell; Christopher LaRose | Withheld | A/C; WP |
| POWER0011402-03 | PDF | Notice of Exercise of Call Option | | Attachment to previous email | | | N/A | |
| PRIV 0001039 | Email | Mid-Week Status Update and Draft | 8/6/21 | Email | Christopher LaRose | Jill Polk; Mason Miller; David Braswell; Margaret | Withheld | A/C; WP |

7

CONFIDENTIAL

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| PRIV 0001040-60 | Word | Notice Draft complaint | | Attachment to previous email | | Mudd | Withheld | A/C; WP |
| PRIV 0001061 | Email | Notice Delivery | 8/6/21 | Emails | Mason Miller | Jill Polk; Margaret Mudd | Withheld | A/C; WP |
| PRIV 0001062 | Email | Notice Delivery | 8/6/21 | Emails | Jill Polk | Mason Miller; Margaret Mudd | Withheld | A/C; WP |
| PRIV 0001063 | Email | Mid-Week Status Update and Draft Notice | 8/5/21 | Email | Jill Polk | Mason Miller; David Braswell; Christopher LaRose; Margaret Mudd | Withheld | A/C; WP |
| PRIV 0001064 | Email | Mid-Week Status Update and Draft Notice | 8/5/21 | Email | Mason Miller | Jill Polk; David Braswell; Christopher LaRose; Margaret Mudd | Withheld | A/C; WP |
| PRIV 0001065 | Word | Draft call option exercise notice | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001066 | Email | Advice concerning exercise of call option | 8/5/21 | Email | Margaret Mudd | Mason Miller | Withheld | A/C; WP |
| PRIV 0001067 | Email | Mid-Week Status Update and Draft Notice | 8/5/21 | Email | Jill Polk | Mason Miller; David Braswell; Christopher LaRose; Margaret Mudd | Withheld | A/C; WP |
| PRIV 0001068 | Email | Mid-Week Status Update and Draft Notice | 8/5/21 | Email | Mason Miller | Jill Polk; David Braswell; Christopher LaRose; Margaret Mudd | Withheld | A/C; WP |

8

CONFIDENTIAL

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| PRIV 0001069 | Email | Mid-Week Status Update and Draft Notice | 8/5/21 | Email | Jill Polk | Mason Miller; David Braswell; Christopher LaRose; Margaret Mudd | Withheld | A/C; WP |
| PRIV 0001070-71 | Word | Draft call option exercise notice | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001072-73 | Word | Draft call option exercise notice | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001074 | Email | Mid-Week Status Update and Draft Notice | 8/4/21 | Email | Mason Miller | Jill Polk; David Braswell; Christopher LaRose; Margaret Mudd | Withheld | A/C; WP |
| PRIV 0001075-76 | Word | Draft call option exercise notice | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001077 | Word | Draft call option exercise notice | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001078 | Email | Mid-Week Status Update and Draft Notice | 8/4/21 | Email | Jill Polk | Mason Miller; David Braswell; Christopher LaRose; Margaret Mudd | Withheld | A/C; WP |
| PRIV 0001079-80 | Word | Draft call option exercise notice | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001081 | Email | Advice concerning exercise of call option | 8/3/21 | | Margaret Mudd | Mason Miller | Withheld | A/C; WP |
| PRIV 0001082 | Email | Advice concerning exercise of call option | 8/1/21 | Email | Mason Miller | David Braswell | Withheld | A/C; WP |

9

CONFIDENTIAL

| Bates | Doc. Type | Topic | Description | Date | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| PRIV 0001083 | Email | Advice concerning exercise of call option | Email | 7/31/21 | Mason Miller | David Braswell | Withheld | A/C; WP |
| PRIV 0001084-90 | PDF | Corporate document | Attachment to previous email | | | | Withheld | A/C; WP |
| PRIV 0001091-97 | PDF | Corporate document | Attachment to previous email | | | | Withheld | A/C; WP |
| PRIV 0001098-1104 | PDF | Corporate document | Attachment to previous email | | | | Withheld | A/C; WP |
| PRIV 0001105 | Email | Advice concerning exercise of call option | Emails | 7/31/21 | David Braswell | Mason Miller | Withheld | A/C; WP |
| PRIV 0001106 | Email | Advice concerning exercise of call option | Email | 7/30/21 | Mason Miller | David Braswell | Withheld | A/C; WP |
| PRIV 0001107 | Email | Advice concerning exercise of call option | Email | 7/30/21 | David Braswell | Mason Miller | Withheld | A/C; WP |
| PRIV 0001108 | Email | Advice concerning exercise of call option | Email | 7/29/21 | Mason Miller | David Braswell | Withheld | A/C; WP |
| PRIV 0001109 | Email | Advice concerning exercise of call option | Emails | 7/29/21 | David Braswell | Mason Miller | Withheld | A/C; WP |
| PRIV 0001110 | Email | Advice concerning exercise of call option | Emails | 7/29/21 | David Braswell | Mason Miller | Withheld | A/C; WP |
| PRIV 0001111 | Email | Advice concerning exercise of call option | Emails | 7/29/21 | Mason Miller | David Braswell; Christopher R. LaRose; Margaret Mudd; Jill Polk | Withheld | A/C; WP |
| PRIV 0001112 | Email | Advice concerning | Email | 7/29/21 | David | Mason Miller; Christopher LaRose; | Withheld | A/C; WP |

10

CONFIDENTIAL

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| | | exercise of call option | | | Braswell | Margaret Mudd; Jill Polk | | |
| PRIV 0001113 | Email | Advice concerning exercise of call option | 7/29/21 | Email | Jill Polk | Mason Miller; David Braswell; Christopher LaRose; Margaret Mudd | Withheld | A/C; WP |
| PRIV 0001114-17 | Word | Draft list | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001118 | Email | Advice concerning exercise of call option | 7/28/21 | Email | Mason Miller | David Braswell | Withheld | A/C; WP |
| PRIV 0001119 | Email | Call re exercise of call option | 7/27/21 | Email | Mason Miller | David Braswell | Withheld | A/C |
| PRIV 0001120 | Email | Call re exercise of call option | 7/27/21 | Email | David Braswell | Mason Miller | Withheld | A/C |
| PRIV 0001121 | Email | Advice concerning exercise of call option | 7/26/21 | Email | Mason Miller | Christopher LaRose; David Braswell | Withheld | A/C; WP |
| PRIV 0001122 | Email | Potential consultant work | 7/27/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001123 | Email | Potential consultant work | 7/27/21 | Email | Christopher LaRose | Mason Miller | Withheld | A/C; WP |
| PRIV 0001124 | Email | Advice concerning exercise of call option | 7/26/21 | Email | Mason Miller | David Braswell; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001125 | Email | Potential consultant work | 7/24/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001126 | Email | Advice concerning | 7/24/21 | Email | Mason | David Braswell | Withheld | A/C; WP |

11

CONFIDENTIAL

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| | | exercise of call option | | | Miller | | | |
| PRIV 0001127 | Email | Advice concerning exercise of call option | 7/24/21 | Email | David Braswell | Mason Miller | Withheld | A/C; WP |
| PRIV 0001128 | Email | Call tomorrow | 7/23/21 | Emails | Mason Miller | David Braswell | Withheld | A/C; WP |
| PRIV 0001129 | Email | Call tomorrow | 7/22/21 | Emails | David Braswell | Mason Miller | Withheld | A/C; WP |
| PRIV 0001130 | Email | Call tomorrow | 7/22/21 | Emails | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001131 | Email | Call tomorrow | 7/22/21 | Emails | Mason Miller | David Braswell | Withheld | A/C; WP |
| PRIV 0001132 | Email | Potential consultant work | 7/20/21 | Email | Christopher LaRose | Mason Miller | Withheld | A/C; WP |
| PRIV 0001133 | Email | Potential consultant work | 7/20/21 | Email | Christopher LaRose | Mason Miller | Withheld | A/C; WP |
| PRIV 0001134 | PDF | Invoice | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001135 | Email | Follow-up call re exercise of call option | 7/15/21 | Email | Christopher LaRose | David Braswell; Mason Miller; Jill Polk | Withheld | A/C; WP |
| PRIV 0001136 | Email | Follow-up call re exercise of call option | 7/14/21 | Email | Mason Miller | David Braswell; Jill Polk; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001137 | Email | Follow-up call re exercise of call option | 7/14/21 | Emails | David Braswell | Mason Miller; Jill Polk; Christopher | Withheld | A/C; WP |

12

CONFIDENTIAL

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| | | | | | | LaRose | | |
| PRIV 0001138 | Email | Potential consultant work | 7/14/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001139 | Email | Potential consultant work | 7/14/21 | Email | Christopher LaRose | Mason Miller | Withheld | A/C; WP |
| PRIV 0001140 | Email | Potential consultant work | 7/13/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001141 | Email | Potential consultant work | 7/13/21 | Email | Christopher LaRose | Mason Miller | Withheld | A/C; WP |
| PRIV 0001142 | Email | Follow-up call re exercise of call option | 7/13/21 | Email | Mason Miller | Christopher LaRose; David Braswell; Jill Polk | Withheld | A/C; WP |
| PRIV 0001143 | Email | Follow-up call re exercise of call option | 7/13/21 | Email | Christopher LaRose | Mason Miller; David Braswell; Jill Polk | Withheld | A/C; WP |
| PRIV 0001144 | Email | Email re advice re exercise of call option | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001145 | Email | Email re potential consultant work | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001146-59 | Word | Draft memorandum re call option | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001160 | Email | Potential consultant work | 7/11/21 | Email | Christopher LaRose | Mason Miller; Jill Polk | Withheld | A/C; WP |
| PRIV 0001161 | Email | Follow-up call re exercise of call option | 7/7/21 | Email | Mason Miller | David Braswell; Jill Polk; Christopher LaRose | Withheld | A/C; WP |

13

CONFIDENTIAL

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| PRIV 0001162-63 | PDF | Corporate document | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001164 | Excel | Accounting report | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001165-67 | PDF | Financial statements | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001168 | Excel | Financial analysis | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001169 | Email | Potential consultant work | 6/29/21 | Email | Christopher LaRose | Mason Miller; Jill Polk | Withheld | A/C; WP |
| PRIV 0001170 | PDF | Invoice | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001171 | Email | Potential consultant work | 6/23/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001172-77 | PDF | Engagement letter | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001178 | Email | Potential consultant work | 6/23/21 | Email | Christopher LaRose | Mason Miller; Jill Polk | Withheld | A/C; WP |
| PRIV 0001179-84 | PDF | Draft engagement letter | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001185 | Email | Potential consultant work | 6/21/21 | Email | Christopher LaRose | Mason Miller; Jill Polk | Withheld | A/C; WP |
| PRIV 0001186-91 | PDF | Draft engagement letter | | Attachment to previous email | | | Withheld | A/C; WP |

14

CONFIDENTIAL

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| PRIV 0001192 | Email | Potential consultant work | 6/12/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001193 | Email | Potential consultant work | 6/11/21 | Email | Christopher LaRose | Mason Miller | Withheld | A/C; WP |
| PRIV 0001194 | Email | Potential consultant work | 6/11/21 | Email | Mason Miller | Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001195 | Email | Potential consultant work | 6/11/21 | Email | Christopher LaRose | Mason Miller | Withheld | A/C; WP |
| PRIV 0001196 | Email | Potential consultant work | 6/9/21 | Email | Mason Miller | Jill Polk; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001197 | Email | Potential consultant work | 6/8/21 | Email | Jill Polk | Mason Miller; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001198 | Email | Advice concerning exercise of call option | 6/4/21 | Email | Mason Miller | Jill Polk; Christopher LaRose; Margaret Mudd | Withheld | A/C; WP |
| PRIV 0001199 | Email | Potential consultant work | 6/4/21 | Email | Mason Miller | Jill Polk; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001200 | Email | Potential consultant work | 6/4/21 | Email | Jill Polk | Mason Miller; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001201 | Email | Advice concerning exercise of call option | 6/2/21 | Email | Jill Polk | Mason Miller; Christopher LaRose; Margaret Mudd | Withheld | A/C; WP |
| PRIV 0001202 | Email | Advice concerning exercise of call option | 6/2/21 | Email | Mason Miller | Jill Polk; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001203-14 | PDF | Corporate document | | Attachment to | | | Withheld | A/C; WP |

15

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| | | | | previous email | | | | |
| PRIV 0001215 | Excel | Draft accounting report | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001216 | Email | Advice concerning exercise of call option | 5/28/21 | Email | Christopher LaRose | Jill Polk; Mason Miller | Withheld | A/C; WP |
| PRIV 0001217 | Email | Advice concerning exercise of call option | 5/28/21 | Email | Jill Polk | Mason Miller; Christopher LaRose | Withheld | A/C; WP |
| PRIV 0001218 | Email | Advice concerning exercise of call option | 4/15/21 | Email | Christopher LaRose | David Braswell; Mason Miller; John Sten; Jill Polk | Withheld | A/C; WP |
| PRIV 0001219 | PDF | Corporate document | | Attachment to previous email | | | Withheld | A/C; WP |
| PRIV 0001220 | Email | Advice concerning exercise of call option | 4/15/21 | Email | David Braswell | Christopher LaRose; Mason Miller; John Sten; Jill Polk | Withheld | A/C; WP |
| PRIV 0001221 | Email | Advice concerning exercise of call option | 4/14/21 | Email | Christopher LaRose | Mason Miller; David Braswell; Jon Sten; Jill Polk | Withheld | A/C; WP |
| PRIV 0001222 | Email | Advice concerning exercise of call option | 4/7/2021 | Email | Mason Miller | David Braswell; Christopher LaRose; John Sten | Withheld | A/C; WP |
| POWER00010745-11154, 11158-64, 11322-11401, 11155-57, 11165-11321 | | | | Attachments to previous email (from Mason Miller) | | | N/A | |
| PRIV 0001223 | Email | Advice concerning | 4/1/21 | Email | Mason | David Braswell; Christopher LaRose; | Withheld | A/C; WP |

16

| Bates | Doc. Type | Topic | Date | Description | Sender(s) | Recipient(s) | Withheld/ Redacted | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| | | exercise of call option | | | Miller | John Sten | | |

A/C = Attorney-Client Privilege
WP = Work Product

17

CONFIDENTIAL