# EXHIBIT E

**From:** David Disque
**Sent:** Thursday, December 2, 2021 12:20 PM
**To:** 'Mason Miller' <mason.miller@ashleyenergy.com>
**Cc:** Victor Dupont <vdupont@arenaco.com>
**Subject:** Board Resolution and

Hi Mason –
I hope all is well.  Two items for you:
1. Attached is the board resolution authorizing appointment of a Special Counsel as discussed at our special meeting on November 17th.  Victor and I have signed it.  Please review and sign at your convenience.
2. For the Special Counsel, the firm we are proposing to use is Sandberg Phoenix.

Please let us know if you have any questions.  Thanks.
David

David Disque
Managing Director, Structured Finance & Asset Investments
405 Lexington Avenue, 59th Floor
New York, NY 10174
(212) 655-1369
ddisque@arenaco.com
www.arenaco.com



This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete the message and any attachments.  See http://www.arenaco.com/email-disclosure on important confidentiality and the risks of electronic communication. If you cannot access these links, please notify us by reply message and we will send the contents to you.