# EXHIBIT H



**Katrina L. Smeltzer**
*Shareholder*

4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
Tel: 816.627.5542
Fax: 816.627.5532
ksmeltzer@sandbergphoenix.com
www.sandbergphoenix.com

February 2, 2022

***VIA E-MAIL ONLY TO: Christopher LaRose, clarose@atllp.com***
***Thomas Weaver, tweaver@atllp.com***

Armstrong Teasdale
Attn: Christopher LaRose
Thomas Weaver
700 Forsyth Blvd, Suite 1800
St. Louis, MO 63105

**Re: Ashley Energy LLC – Conflict of Interest Analysis**

Dear Mr. LaRose and Mr. Weaver:

Please note I am assisting Mr. Ruben with this matter. Thank you for your January 31, 2022 response to our request for Armstrong Teasdale's position. Thank you as well for your discussion of cases we understand Cardinals Preferred recently cited in briefing to the Court in the Power Investments v. Cardinals Preferred lawsuit. While we appreciate your discussion, please note cases cited by Cardinals Preferred are not the focus of our inquiry. Our focus is to analyze whether a conflict of interest exists with Armstrong Teasdale's representation of Ashley Energy in the SLEC litigation and representation of one of Ashley Energy's owners in the Powers Investment v. Cardinals Preferred litigation. We still have some unanswered questions.

For example, we asked whether Armstrong Teasdale ever assessed the multiple representations from a conflict-of-interest perspective. We also asked you to provide engagement agreements, billing arrangements, conflict waivers, directions on who retained you and who you report to, or any other items you believe we should consider as we conduct our analysis. We would most appreciate it if you would provide those.

Further, upon examining the allegations in the SLEC litigation it appears Ashley Energy faces possible liability for claims Mr. Miller and/or Power Investments did not perform under the relevant sales agreement. Please let us know if Armstrong Teasdale ever provided Ashley Energy advice on a potential adversarial position to Mr. Miller/Power Investments in that litigation. If such advice was provided, please let us know whether this advice was in writing and if there was a waiver. If these documents exist, please provide us with copies to consider.

As mentioned before, we intend to move quickly on these matters so your prompt response would be appreciated.

Very truly yours,

Katrina L. Smeltzer

ACR:kls

cc: Mr. Andrew Kasnetz
Mr. Andrew C. Ruben
Mr. David Disque, ddisque@arenco.com
Mr. Mason Miller, mason.miller@ashleyengery.com
Victor Dupont, vdupont@arenco.com