# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| POWER INVESTMENTS, LLC, | ) |
| Plaintiff/Counterclaim-Defendant, | ) ) ) ) |
| vs. | ) Case No. 4:21-cv-01022 ) ) |
| CARDINALS PREFERRED, LLC, | ) ) ) |
| Defendant/Counterclaim-Plaintiff. | ) ) ) |

## CARDINALS PREFERRED, LLC'S MOTION FOR LEAVE FOR ADDITIONAL PAGES

Defendant Counterclaim-Plaintiff Cardinals Preferred, LLC ("Cardinals"), by and through undersigned counsel, states as follows:

1.  Filed concurrently herewith is Cardinals' Motion for a Temporary Restraining Order and Preliminary Injunction (the "TRO Motion"), Memorandum in Support thereof, Declarations, and Exhibits.

2.  The Local Rules provide that "[n]o party shall file any motion, memorandum, or brief which exceeds fifteen (15) numbered pages, exclusive of the Table of Contents, Table of Authorities, signature page, and attachments, without leave of Court."  L.R. 4.01(D).

3.  Preparation of the Memorandum in Support of Cardinals' TRO Motion required the use of ten (10) additional pages beyond the normal fifteen-page requirement, for a total of twenty-five (25) pages.  The added length was necessary in order for counsel to address the matters raised in the Memorandum in a complete manner.

1

4. Accordingly, Cardinals respectfully requests that the Court grant it leave to file its Memorandum in Support of Cardinals' TRO Motion in excess of the normal page limit set by the Local Rules.

5. This Motion is made in good faith and is not made for any improper purpose.

WHEREFORE, for the reasons stated herein, Cardinals respectfully requests that the Court grant it leave to file its Memorandum in Support of its TRO Motion in excess of the fifteen-page limit set by the Local Rules, and such other and further relief as the Court deems just and proper.

Dated: February 25, 2022                                            Respectfully submitted,

                                                                    DENTONS US LLP

                                                                    By:        /s/ *Stephen J. O'Brien*
                                                                        Stephen J. O'Brian #43977MO
                                                                        One Metropolitan Square, Suite 3000
                                                                        St. Louis, Missouri 63102
                                                                        Telephone: (314) 241-1800
                                                                        Facsimile: (314) 259-5959
                                                                        stephen.obrien@dentons.com

                                                                    By:        /s/ *Wayne C. Stansfield*
                                                                        REED SMITH LLP
                                                                        Joseph J. Tuso
                                                                        Wayne C. Stansfield
                                                                        Three Logan Square
                                                                        Nicholas R. Rodriguez
                                                                        1717 Arch Street, Suite 3100
                                                                        Philadelphia, Pennsylvania 19103
                                                                        Telephone: (215) 851-8100
                                                                        Facsimile: (215) 851-1420
                                                                        jtuso@reedsmith.com
                                                                        wstansfield@reedsmith.com
                                                                        nrodriguez@reedsmith.com
                                                                        (*admitted pro hac vice*)

                                                                    *Attorneys for Cardinals Preferred, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was electronically filed on February 25, 2022 with the United States District Court for the Eastern District of Missouri using the CM/ECF system which will send notification of such filing to all parties requesting electronic notice.

                                               */s/ Wayne C. Stansfield*
                                               Wayne C. Stansfield