UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| POWER INVESTMENTS, LLC, )<br>)<br>Plaintiff/Counterclaim )<br>Defendant, )<br>)<br>vs. )<br>)<br>CARDINALS PREFERRED, LLC, )<br>)<br>Defendant/Counterclaim )<br>Plaintiff. )<br>) | Case No. 4:21-cv-01022-SEP |

## CONSENT ORDER

Plaintiff/Counterclaim Defendant Power Investments, LLC ("Power") and Defendant/Counterclaim Plaintiff Cardinals Preferred, LLC ("Cardinals" and, together with Power, the "Parties") jointly stipulate and agree as follows:

1. On February 25, 2022, Cardinals filed a Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 89) (the "Motion"), which was heard by the Court on March 2, 2022 (Dkt. No. 108).

2. On March 3, 2022, the Court granted the Motion, entered a temporary restraining order (Dkt. No. 114) (the "TRO"), and directed the Parties to schedule a hearing on Cardinals' request for a preliminary injunction.

3. The Parties have concurrently filed a Proposed Joint Scheduling Plan ("New CMO") governing the remainder of this case.

4. In light of the schedule agreed to in the New CMO, Power has agreed to the entry of this consent order (the "Consent Order") extending the same restrictions set forth in the TRO until final disposition of this case and therefore agrees to withdraw its opposition to the Motion.

5. Accordingly, Power is enjoined and restrained, until the final disposition of this case, from directly or indirectly, on its own or on behalf of, or in conjunction or concert with, any person (including, but not limited to, Mason Miller), or entity, whether as agent representative, employee, consultant, or in any capacity: (i) exercising or otherwise advancing or acting upon any purported exercise of its Call Option; and (ii) taking or attempting to take any action that would frustrate, nullify, prevent, subvert, interfere with, or undermine Cardinals' rights as the majority Unitholder of Ashley Energy LLC ("Ashley"), including, but not limited to, its right to appoint two of the three members of Ashley's Board of Managers.

6. This agreement shall neither act nor be construed as a waiver or estoppel of, nor shall prejudice in any way, the Parties' respective legal positions in this matter. The Parties agree that this Consent Order shall not constitute a final determination of the merits of the Parties' respective claims and/or defenses.

Dated: March 9, 2022

Respectfully submitted,

| | |
|---|---|
| **DENTONS US LLP** | **ARMSTRONG TEASDALE LLP** |

By: /s/ *Stephen J. O'Brien*  
    Stephen J. O'Brien, #43977MO  
    One Metropolitan Square, Suite 3000  
    St. Louis, Missouri 63102  
    Tel.: (314) 241-1800  
    Fax: (314) 259-5959  
    stephen.obrien@dentons.com

By: /s/ *Christopher R. LaRose*  
    Christopher R. LaRose, #59612MO  
    Daniel R. O'Brien, #69258MO  
    7700 Forsyth Blvd., Suite 1800  
    St. Louis, Missouri 63105  
    Tel.: 314.621.5070  
    Fax: 314.621.5065  
    clarose@atllp.com  
    dobrien@atllp.com

**REED SMITH LLP**        **DOWD BENNETT LLP**

By: /s/ *Wayne C. Stansfield*  
    Joseph J. Tuso (admitted pro hac vice)  
    Wayne C. Stansfield (admitted pro hac vice)  
    Nicholas R. Rodriguez (admitted pro hac vice)  
    Three Logan Square  
    1717 Arch Street, Suite 3100  
    Philadelphia, Pennsylvania 19103  
    Tel.: (215) 851-8100  
    Fax: (215) 851-1420  
    jtuso@reedsmith.com  
    wstansfield@reedsmith.com  
    nrodriguez@reedsmith.com

By: /s/ *James F. Bennett*  
    James F. Bennett, #46826MO  
    Edward L. Dowd, Jr., #28785MO  
    Jeffrey R. Hoops, #69813MO  
    Milton P. Wilkins, #65278MO  
    7733 Forsyth Blvd., Suite 1900  
    St. Louis, Missouri 63105  
    Tel.: (314) 889-7300  
    Fax: (314) 863-2111  
    jbennett@dowdbennett.com  
    edowd@dowdbennett.com  
    jhoops@dowdbennett.com  
    mwilkins@dowdbennett.com

*Counsel for Cardinals Preferred LLC*      *Counsel for Power Investments LLC*

IT IS SO ORDERED this _____ day of March, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was electronically filed on March 9, 2022 with the United States District Court for the Eastern District of Missouri using the CM/ECF system which will send notification of such filing to all parties requesting electronic notice.

    */s/ Wayne C. Stansfield*
    Wayne C. Stansfield