**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| POWER INVESTMENTS, LLC,              ) | |
| )  | |
| Plaintiff/Counterclaim ) | |
| Defendant, ) | |
| ) | |
| vs.  ) | Case No. 4:21-cv-01022-SEP |
| ) | |
| CARDINALS PREFERRED, LLC, ) | |
| ) | |
| Defendant/Counterclaim ) | |
| Plaintiff. ) | |
| ) | |

## JOINT MOTION FOR LEAVE TO FILE ADDITIONAL PAGES

WHEREAS, on June 2, 2022, the Court issued the Second Amended Case Management Order pursuant to which the Court ordered, among other things, that any motions for summary judgment must be filed no later than July 7, 2022 (the "Opening Memorandum"), any responses to said motions shall be filed no later than July 28, 2022 (the "Opposition"), and any replies shall be filed no later than August 8, 2022 (the "Reply").  Doc. No. 134.

WHEREAS, both Plaintiff/Counterclaim Defendant Power Investments, LLC ("Power") and Defendant/Counterclaim Plaintiff Cardinals Preferred, LLC ("Cardinals") (collectively, the "Parties") intend to move for summary judgment on or before July 7, 2022.

WHEREAS, the Local Rules provide "[n]o party shall file any motion, memorandum, or brief which exceeds fifteen (15) numbered pages, exclusive of the Table of Contents, Table of Authorities, signature page, and attachments, without leave of Court." E.D. Mo. L.R. 4.01.

WHEREAS, the Parties have conferred and agree that both Cardinals and Power will require more than fifteen (15) pages to adequately and thoroughly address the issues before the Court in their summary judgment briefs because of, among other things, the amount of discovery

in the record and the complex legal issues in this case. The motions for summary judgment are expected to address all Counts of Power's Initial Complaint and Cardinals' counterclaims and the additional pages will provide necessary background and legal argument for each of those counts.

COME NOW, the Parties, through undersigned counsel, and subject to the approval of the Court, jointly move for leave to file additional pages with respect to the Parties' briefing in support of their respective motions for summary judgment as follows:

1. Each Party shall be permitted to file an Opening Memorandum not to exceed forty-five (45) numbered pages, exclusive of the Table of Contents, Table of Authorities, signature page, and attachments;

2. Each Party shall be permitted to file an Opposition not to exceed forty-five (45) numbered pages, exclusive of the Table of Contents, Table of Authorities, signature page, and attachments; and

3. Each Party shall be permitted to file a Reply not to exceed twenty-one (21) numbered pages, exclusive of the Table of Contents, Table of Authorities, signature page, and attachments.

Dated:  July 6 2022

Respectfully submitted,

| | |
|---|---|
| **DENTONS US LLP** | **DOWD BENNETT LLP** |
| By: /s/ Stephen J. O'Brien<br>Stephen J. O'Brien, #43977MO<br>One Metropolitan Square, Suite 3000<br>St. Louis, Missouri 63102<br>Tel.: (314) 241-1800<br>Fax: (314) 259-5959<br>stephen.obrien@dentons.com | By: /s/ James F. Bennett (w/ consent)<br>James F. Bennett, #46826MO<br>Edward L. Dowd, Jr., #28785MO<br>Jeffrey R. Hoops, #69813MO<br>Milton P. Wilkins, #65278MO<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, Missouri 63105<br>Tel.: (314) 889-7300<br>Fax: (314) 863-2111<br>jbennett@dowdbennett.com<br>edowd@dowdbennett.com<br>jhoops@dowdbennett.com<br>mwilkins@dowdbennett.com |
| **REED SMITH LLP** | |
| By: /s/ Wayne C. Stansfield<br>Joseph J. Tuso (admitted pro hac vice)<br>Wayne C. Stansfield (admitted pro hac vice)<br>Nicholas R. Rodriguez (admitted pro hac vice)<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, Pennsylvania 19103<br>Tel.: (215) 851-8100<br>Fax: (215) 851-1420<br>jtuso@reedsmith.com<br>wstansfield@reedsmith.com<br>nrodriguez@reedsmith.com | *Counsel for Power Investments LLC* |

*Counsel for Cardinals Preferred LLC*

IT IS SO ORDERED this _____ day of July, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing was electronically filed on July 6, 2022 with the United States District Court for the Eastern District of Missouri using the CM/ECF system which will send notification of such filing to all parties requesting electronic notice.

                                         */s/ Wayne C. Stansfield*
                                         Wayne C. Stansfield