**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| POWER INVESTMENTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CARDINALS PREFERRED, LLC,<br><br>    Defendant. | C.A. No. 4:21-cv-01022 |

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff/Counterclaim Defendant Power Investments, LLC ("Power") and Defendant/Counterclaim Plaintiff Cardinals Preferred, LLC ("Cardinals", together with Power, the "Parties", and each, individually, a "Party") have reached a settlement disposing of all remaining claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this Action, and all remaining claims and counterclaims asserted therein, shall be, and hereby are, dismissed with prejudice, each Party to bear its own costs.

Dated: August 7, 2023

Respectfully submitted,

**DOWD BENNETT LLP**

By: */s/ James F. Bennett*
James F. Bennett, #46826MO
Edward L. Dowd, Jr., #28785MO
Jeffrey R. Hoops, #69813MO
Milton P. Wilkins, #65278MO
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Tel.: (314) 889-7300
Fax: (314) 863-2111
jbennett@dowdbennett.com
edowd@dowdbennett.com
jhoops@dowdbennett.com
mwilkins@dowdbennett.com

*Counsel for Power Investments LLC*

**DENTONS US LLP**

By: */s/ Stephen J. O'Brien*
Stephen J. O'Brien, #43977MO
One Metropolitan Square, Suite 3000
St. Louis, Missouri 63102
Tel.: (314) 241-1800
Fax: (314) 259-5959
stephen.obrien@dentons.com

**REED SMITH LLP**

By: */s/ Wayne C. Stansfield*
Joseph J. Tuso (admitted pro hac vice)
Wayne C. Stansfield (admitted pro hac vice)
Nicholas R. Rodriguez (admitted pro hac vice)
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, Pennsylvania 19103
Tel.: (215) 851-8100
Fax: (215) 851-1420
jtuso@reedsmith.com
wstansfield@reedsmith.com
nrodriguez@reedsmith.com

*Counsel for Cardinals Preferred LLC*

SO ORDERED:

_____
Honorable Sarah E. Pitlyk
United States District Judge